Accounts Receivable Management
PO Box 129
Thorofare, NJ   08086-0129


Americredit
PO Box 183593
Arlington, TX   76096-0000


Bankruptcy Administrator
402 W. Trade Street, Room 200
Charlotte, NC   28202


Bob Shehan
873 Bearwallow Mountain Rd
Hendersonville, NC   28792-2091


CTH Rentals LLC
Southern Lease Management
PO Box 215
Halls, TN   38040-0215


Ford Motor Credit
PO Box 152271
Irving, TX   75015


GM Financial
PO Box 183834
Arlington, TX   76096

North Carolina Department Of Revenue
PO Box 25000
Raleigh, NC   27640


Regional Acceptance Corporation
PO Box 6000
Winterville, NC   28590


Regional Acceptance Corporation
PO Box 580075
Charlotte, NC   28258


Rutherford County Tax Collector
PO Box 143
Rutherfordton, NC   28139


Security Finance
207 South Alabama Avenue
Chessnee, SC   29323


Security Finance Corp. Of SC
317 Limestone Street
Gaffney, SC   29340


Smith Debnam Narron Drake
Saintsing & Myers LLP
PO Box 26268
Raleigh, NC   27611-6268

SN Servicing
PO Box 35
Eureka, CA  95501


SN Servicing Corporation
323 5th St
Eureka, CA  95501-0305


Southside Motor Co. Inc.
171 S. Broadway Street
Forest City, NC  28043


Universal Finance
141 W. Main Street
Forest City, NC  28043


US Attorney's Office
227 West Trade Street
Carillon Bldg., Suite 1700
Charlotte, NC  28202