Local Form 13                                                                    March  2013


AUTHORIZATION TO RELEASE INFORMATION TO THE CHAPTER 13 TRUSTEE
REGARDING MORTGAGE CLAIM BEING PAID BY THE TRUSTEE
(to be filed with the Court)

                                                                        ( ) **Not Applicable**


Debtor Name(s) _____Norris and Sherry Wright_____           Case No: _____

     The Debtor(s) in the above captioned bankruptcy case does/do hereby authorize any and all lien holders on real property of the bankruptcy estate to release information to the standing Chapter 13 Trustee upon request.

     The information to be released includes, but is not limited to, the amount of the post-petition monthly installment payments, the annual interest rate and type of loan, the loan balance, the escrow account(s), the amount of the contractual late charge, and the mailing address for payments.  This information will only be used by the Chapter 13 Trustee and his/her staff in the administration of the bankruptcy estate and may be included in motions brought before the Court.


____Norris Gene Wright_____          ____Sherry Lynn Wright_____
Debtor's Signature                                                   Joint Debtor's Signature


_____May 16, 2016_____          _____May 16, 2016_____
Dated                                                                      Dated