

Certificate Number: 20163271229

# CERTIFICATE OF CREDIT COUNSELING

I certify that on 03/27/2016 , Norris Wright

received from Abacus Credit Counseling, an agency approved pursuant to 11

U.S.C. § 111 to provide credit counseling in the Western District of North Carolina ,

an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§

109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a

copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .

Date: March 27, 2016

By:   /s/Laura M Ahart

Name: Laura M Ahart

Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy

Code are required to file with the United States Bankruptcy Court a completed certificate of

counseling from the nonprofit budget and credit counseling agency that provided the individual

the counseling services and a copy of the debt repayment plan, if any, developed through the

credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).