UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

In re:                                                                                    Bankr. Case No. 16-40199-JCW-13

SHERRY L. WRIGHT and NORRIS G. WRIGHT                                          Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 26, 2016 :

| | |
|---|---|
| ROBERT H LUTZ<br>310 8E GRAHAM ST<br>SHELBY, NC  28150 | Steven G. Tate<br>212 Cooper Street<br>Statesville, NC  28677-5856 |

By  /s/ Mandy Youngblood

Mandy Youngblood

xxxxx42560 / 734289