Local Form 4A                                                                                           June 2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

In re:  Norris Gene Wright                    )
        Sherry Lynn Wright                    )    Case No: 16-40199
                                                      )
                                                      )    Chapter 13
SSN: xxx-xx-3799                              )
SSN: xxx-xx-7629         Debtor(s)            )

### *AMENDMENT TO:*

**CHAPTER 13 PLAN, INCLUDING NOTICE OF MOTION(S) FOR VALUATION; MOTION(S) TO AVOID CERTAIN LIENS; MOTION FOR ASSUMPTION AND REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN INCLUDING ALL MATTERS AS SET FORTH IN THE PLAN, FOR CASES FILED ON OR AFTER June 1, 2015**

Check the motions applicable to this plan amendment:

( ) **Motion to Value Liens includes Valuation of Property Securing A Claim**
( ) **Motion to Value Liens includes Valuation of Property Securing a Claim in an Amount Less than the Amount of the Claim**
( ) **Motion to Avoid Liens § 522(f)**
( ) **Motion to Assume Executory Contract(s) and Unexpired Leases**
( ) **Motion to Reject Contract(s) and Unexpired Leases**
(x) **No motions applicable to this plan amendment**

      The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

### CLASSIFICATION AND TREATMENT OF CLAIMS

**2.    Secured Claims**

a. Treatment of Secured Claims (using treatment terms shown in ¶ 4a of the Plan attached):

| Creditor | Collateral | Value of Coll. | Claim Amt. | Treatment | Int. Rate |
|---|---|---|---|---|---|
| SN Servicing | Residence | **79,000.00** | 46,395.56 | Conduit | 10.94 |

<u>TAKE NOTICE:  Your rights may be affected.  You should read this amendment to the Chapter 13 Plan carefully, including any motions contained in the amended plan, and discuss them with your attorney, if you have one, in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.</u>

If you do not want the Court to confirm the proposed plan of the debtor(s) as amended, including any of the motions included in the amended plan, or if you want the court to consider your views on these matters, then you or your attorney must file with the Court a written objection to confirmation and request for hearing on confirmation at the following addresses:

Cases filed in the **Charlotte, Shelby or Wilkesboro** Divisions:

Clerk, U.S. Bankruptcy Court, 401 West Trade St., Room 111, Charlotte, N.C. 28202.

Cases filed in the **Asheville or Bryson City** Divisions:

Clerk, US Bankruptcy Court, Room 112, 100 Otis Street, Asheville, N.C. 28801

Your objection to confirmation and request for hearing must include the specific reasons for your objection, and must be filed with the Court no later than 14 days following the conclusion of the Section 341 meeting of creditors, or within 14 days of service of the amendment, whichever is later.  If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above.  You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors.  The Debtor's attorney and the Chapter 13 Trustee will be served electronically.  If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time and location of the hearing.  No hearing will be held unless an objection to confirmation is filed.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended, including any motions contained in the amended plan, and may enter an order confirming the amended plan and granting the motions.  **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. Section 1325(a)(5)(A).**

I declare under penalty of perjury that the information provided in the Amendment to Chapter 13 Plan, including Notice of Motion(s) for Valuation; Motion(s) to Avoid Certain Liens; and the Assumption and Rejection of Executory Contracts and Unexpired Leases; as to all matters set forth herein are true and correct.

Dated: 6/8/2016                                               _____Norris Gene Wright_____
                                                                          Debtor's Signature

Dated: 6/8/2016                               _____Sherry Lynn Wright_____
                                                    Debtor's Signature

I hereby certify that I have reviewed this document with the debtor(s) and that the debtor(s) have received a copy of this document.

Dated: 6/8/2016                               _____Robert H. Lutz_____
                                                    Attorney for the Debtor(s)

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated on the list attached hereto in the foregoing matter with a copy of this Chapter 13 Plan by depositing in the United States mail a copy of same in a properly addressed envelope with first class postage thereon. Attorneys were served electronically.

This the 8th day of June, 2016.

                                                   _____Robert H. Lutz_____
                                                   Robert H. Lutz
                                                   Lutz Law Firm, PLLC
                                                   310-8 East Graham Street
                                                   Shelby, NC  28150
                                                   NC State Bar No: 16375