IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE:  NORRIS GENE WRIGHT ) | |
| SHERRY LYNN WRIGHT ) | |
| Debtors ) | Bankruptcy Case No: |
| ) | 16-40199 |
| SSN: xxx-xx- 3799 ) | |
| SSN: xxx-xx-7629 ) | Chapter 13 |
| _____ ) | |

## NOTICE OF OPPORTUNITY FOR HEARING

**TAKE NOTICE** that an Objection to Proof of Claim Filed by Regional Acceptance Corporation has been filed by the Debtors by and through their attorney of record, Robert H. Lutz.  A copy of the Objection accompanies this Notice.

**TAKE FURTHER NOTICE** that any response, including objection, to the relief requested in the attached Motion, should be filed with the Clerk of the Bankruptcy Court within thirty (30) days of the date of service of this Notice and a copy served on the attorney identified below and upon other parties as required by Law or Court Order.  Any response shall clearly identify the specific Motion to which the Response is directed.

**TAKE FURTHER NOTICE** that no hearing will be held on this Objection unless a response is timely filed and served in which case, the Court will conduct a Hearing on July 29, 2016, at 9:30 o'clock a.m., at the Bankruptcy Court, Cleveland County Courthouse, 100 Justice Place, Shelby, North Carolina.  No further Notice of this Hearing will be given.

This the 8th day of June, 2016.

LUTZ LAW FIRM, PLLC

BY:  _____/s Robert H. Lutz_____
Robert H. Lutz
310-8 E. Graham Street
Shelby, NC  28150
Phone No: 704-600-6003
Fax No: 704-600-6004
State Bar No: NC 16375

Address of Court:
United States Bankruptcy Court
401 West Trade Street
Charlotte, N.C.  28202

## CERTIFICATE OF SERVICE

   This is to certify that I have this date served the following in the above named matter with a copy of the Notice and Objection of the foregoing by placing a copy of same in the United States mail, postage paid, addressed to the following:

Mr. Steven G. Tate                                                    (served electronically)
Chapter 13 Trustee
212 Cooper Street
Statesville, NC  28677

President or Executive Manager
Regional Acceptance Corporation
PO Box 1847
Wilson, NC  27894

      This the 8th day of June, 2016.

                                       LUTZ LAW FIRM, PLLC

                                       BY:  _____/s Robert H. Lutz_____
                                                 Robert H. Lutz
                                                 310-8 E. Graham Street
                                                 Shelby, NC  28150
                                                 Phone No: 704-600-6003
                                                 Fax No: 704-600-6004
                                                 State Bar No: NC 16375