| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-4<br>Case 16-40199<br>Western District of North Carolina<br>Shelby<br>Wed Jun  8 09:04:59 EDT 2016 | Accounts Receivable Management<br>PO Box 129<br>Thorofare, NJ  08086-0129 | AmeriCredit Financial Services, Inc. dba<br>P O Box 183853<br>Arlington, TX 76096-3853 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Bankruptcy Administrator<br>402 W. Trade Street, Room 200<br>Charlotte, NC 28202-1673 |
| Bob Shehan<br>873 Bearwallow Mountain Rd<br>Hendersonville, NC  28792-2091 | CTH Rentals LLC<br>Southern Lease Management<br>PO Box 215<br>Halls, TN  38040-0215 | Ford Motor Credit<br>PO Box 152271<br>Irving, TX 75015-2271 |
| GM Financial<br>PO Box 183834<br>Arlington, TX 76096-3834 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Robert H. Lutz<br>Lutz Law Firm, PLLC<br>310-8 E. Graham Street<br>Shelby, NC 28150-5482 |
| North Carolina Department Of Revenue<br>PO Box 25000<br>Raleigh, NC 27640-0100 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Regional Acceptance Corporation<br>PO Box 580075<br>Charlotte, NC 28258-0075 | Regional Acceptance Corporation<br>PO Box 6000<br>Winterville, NC 28590-6000 | Rutherford County Tax Collector<br>PO Box 143<br>Rutherfordton, NC 28139-0143 |
| SN Servicing<br>PO Box 35<br>Eureka, CA 95502-0035 | (p)SN SERVICING CORPORATION<br>323 FIFTH ST<br>EUREKA CA 95501-0305 | Security Finance<br>207 South Alabama Avenue<br>Chessnee, SC 29323-1503 |
| Security Finance Corp. Of SC<br>317 Limestone Street<br>Gaffney, SC 29340-3137 | Smith Debnam Narron Drake<br>Saintsing & Myers LLP<br>PO Box 26268<br>Raleigh, NC  27611-6268 | Southside Motor Co. Inc.<br>171 S. Broadway Street<br>Forest City, NC 28043-3613 |
| Steven G. Tate<br>212 Cooper Street<br>Statesville, NC 28677-5856 | US Attorney's Office<br>227 West Trade Street<br>Carillon Bldg., Suite 1700<br>Charlotte, NC 28202-1675 | United States Attorney<br>Federal Courthouse Rm. 233<br>100 Otis Street<br>Asheville, NC 28801-2608 |
| Universal Finance<br>141 W. Main Street<br>Forest City, NC 28043-3022 | Norris Gene Wright<br>349 Withrow Road<br>Forest City, NC 28043-9692 | Sherry Lynn Wright<br>349 Withrow Road<br>Forest City, NC 28043-9692 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americredit                          SN Servicing Corporation            End of Label Matrix
PO Box 183593                        323 5th St                          Mailable recipients    29
Arlington, TX  76096-0000            Eureka, CA  95501-0305              Bypassed recipients     0
                                                                         Total                  29
```