IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: NORRIS GENE WRIGHT ) <br> SHERRY LYNN WRIGHT ) <br> ) <br> Debtors ) <br> SSN: xxx-xx-3799 ) <br> SSN: xxx-xx-7629 ) <br> _____ ) | Bankruptcy Case No: <br> 16-40199 <br> <br> Chapter 13 |

## NOTICE OF OPPORTUNITY FOR HEARING

**TAKE NOTICE** that a Motion To Impose Automatic Stay has been filed by the Debtors by and through their attorney of record, Robert H. Lutz.  A copy of the Motion accompanies this Notice.

**TAKE FURTHER NOTICE** that any response, including objection, to the relief requested in the attached Motion, should be filed with the Clerk of the Bankruptcy Court within fourteen (14) days of the date of service of this Notice and a copy served on the attorney identified below and upon other parties as required by Law or Court Order.  Any response shall clearly identify the specific Motion to which the Response is directed.

**TAKE FURTHER NOTICE** that no hearing will be held on this Motion unless a response is timely filed and served in which case, the Court will conduct a Hearing on July 29, 2016, at 9:30 o'clock a.m., at the Bankruptcy Court, Cleveland County Courthouse, 100 Justice Place, Shelby, North Carolina.  No further Notice of this Hearing will be given.

This the 8th day of June, 2016.

LUTZ LAW FIRM, PLLC


By:_____Robert H. Lutz_____
        Robert H. Lutz
        310-8 E. Graham Street
        Shelby, NC 28150
        Phone No: 704-600-6003
        Fax No: 704-600-6004
        State Bar No:  NC 16375

Address of Court:
United States Bankruptcy Court
401 West Trade Street
Charlotte, N.C.  28202

## CERTIFICATE OF SERVICE

       This is to certify that I have this date served the following in the above named matter with a copy of the Notice and Motion of the foregoing by placing a copy of same in the United States mail, postage paid, addressed to the following:

Mr. Steven G. Tate                               (served electronically)
Chapter 13 Trustee
212 Cooper Street
Statesville, NC  28687-1778

ALL CREDITORS LISTED ON THE ATTACHED MAILING MATRIX

    This the 8th day of June, 2016.

                             LUTZ LAW FIRM, PLLC

                         By:_____ Robert H. Lutz_____
                                 Robert H. Lutz
                                 310-8 E. Graham Street
                                 Shelby, NC 28150
                                 Phone No: 704-600-6003
                                 Fax No: 704-600-6004
                                 State Bar No:  NC 16375