FILED & JUDGMENT ENTERED
Steven T. Salata

Jul 08 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: NORRIS GENE WRIGHT )<br>SHERRY LYNN WRIGHT )<br>)<br>Debtors )<br>SSN:   xxx-xx-3799 )<br>SSN:   xxx-xx-7629 )<br>_____ ) | Bankruptcy Case No:<br>16-40199<br><br>Chapter 13 |

ORDER TO CONTINUE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. SECTION 362(c)(3)(B)

THIS CAUSE, coming on to be heard and being heard before the undersigned Judge of the United States Bankruptcy Court and it appearing to the Court that the Debtors by and through their attorney of record, Robert H. Lutz, filed a Motion For Continuation of the Automatic Stay Pursuant to 11 U.S.C. Section 362(c)(3)(B) with a Notice of Opportunity For Hearing on the June 8, 2016, and said Motion was served on June 8, 2016, on all Creditors listed on the Mailing Matrix and the Chapter 13 Trustee, Steven G. Tate; and it further appearing to the Court, that the time for filing objections to the Motion has expired and there were no objections filed in regards to this Motion; and the Court finds as follows:

1. This Chapter 13 proceeding was filed by the Debtors on May 17, 2016.

2. The Debtors filed a previous petition on March 24, 2014, which was dismissed on May 4, 2016.

3. The Debtors' Bankruptcy case was dismissed and the Debtors were unable to make

their plan payments.

    4.  The Debtors previous Plan payments were $1416.00.

    5.  The Debtors have surrendered their interest in the 2013 Kia Soul to Regional Acceptance Corporation.

    6.  The Debtors' proposed plan payments will are $875.00 per month.

    7.  The male Debtor is no longer working and the female Debtor is working fewer hours.

    8.  The Debtors' prior Chapter 13 case was not dismissed at a time when there were any motions pending before the court or resolved with an order terminating, conditioning or limiting the stay.  Furthermore, no affirmative action was taken against the Debtors from the date of the dismissal until the date of filing of this case.

    9.  The petition in this case was filed in good faith and the Debtors believe the Chapter 13 Plan they submitted will be confirmed and they will be able to fully perform under the terms of the plan.

    10.  The Debtors' prior Chapter 13 case was the only previous case by the Debtor during the preceding year.

    NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    1.  The automatic stay pursuant to 11 U.S.C. Section 362(c)(3)(B) will remain regarding the Debtors' Chapter 13 and will not expire pursuant to 11 U.S.C. Section 362(c)(3)(A).

    2.  The stay is continued as to "all property of this estate" in bankruptcy.

    3.  The attorney for the Debtors, Robert H. Lutz, is granted a non-base attorney's fee in the amount of $350.00 and expenses in the amount of $50.00 for the services rendered to the Debtors as to this Motion.

This Order has been signed electronically.      United States Bankruptcy Court
The judge's signature and court's seal
appear at the top of the Order.