FILED & JUDGMENT ENTERED
Steven T. Salata

Jul 11 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: NORRIS GENE WRIGHT ) <br> SHERRY LYNN WRIGHT ) <br> ) <br> Debtors ) <br> SSN: xxx-xx-3799 ) <br> SSN: xxx-xx-7629 ) <br> _____ ) | Bankruptcy Case No: <br> 16-40199 <br> <br> Chapter 13 |

ORDER ON DEBTORS' OBJECTION TO CLAIM OF
REGIONAL ACCEPTANCE CORPORATION

THIS CAUSE, coming on to be heard by the undersigned Bankruptcy Judge, upon the Debtors' Objection to the Proof of Claim filed by Regional Acceptance Corporation in the United States Bankruptcy Court for the Western District of North Carolina; and it further appearing to the Court that Regional Acceptance Corporation did not file a response and that the time for filing a response or objection has expired; and it further appearing to the Court that after review of the file and hearing testimony of the Debtors' attorney, the Court finds as follows:

FINDINGS OF FACT

1. On or about May 17, 2016, the Debtors filed a Chapter 13 petition with this Court.

2. Regional Acceptance Corporation filed a secured claim in the amount of $20,176.54, designated as Claim Number 1-1 with the United States Bankruptcy Court and claim 13 with the Chapter 13 Trustee, for a 2013 Kia Soul.

      3.  Regional Acceptance Corporation repossessed the 2013 Kia Soul on or about May 10, 2016.

      4.  The claim of Regional Acceptance Corporation no longer has any collateral in the possession of the Debtors and should be treated as a general unsecured debt.

      5.  The Debtors believe the claim of Regional Acceptance Corporation, as to any amounts showing in the Trustee's records, should be treated as a general unsecured debt.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

      1.  Regional Acceptance Corporation's claim designated as Claim 1-1 with the United States Bankruptcy court and Claim 13 with the Chapter 13 Trustee shall be treated as a general unsecured claim.

| | |
|---|---|
| This Order has been signed electronically.  The Judge's signature and court's seal appear at the top of the Order. | United States Bankruptcy Judge |