**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                                                                         CASE NO:  16-40199

Norris Gene Wright
Sherry Lynn Wright
SSN# : XXX-XX-3799
SSN# : XXX-XX-7629

**SIX MONTH FUTURE DEFAULT CONDITIONS**

   The court has entered the confirmation order that requires the imposition of a six month future default provision as to your plan payments.  To make sure that there are no misconceptions about the effect of this provision, please keep in mind the following rules, which are applied strictly:

1.  Regardless of how much money you have paid prior to your case being confirmed, you are now obligated to make a full plan payment for each month in the amount set out in the Confirmation Order, BEGINNING WITH THE MONTH FOLLOWING THE DATE OF THE ENTRY OF YOUR CONFIRMATION ORDER, WHICH HAS BEEN SENT TO YOU SEPARATELY.  Additionally, for a six month period of time following the entry of the Confirmation Order, you must make each and every plan payment as ordered or your case will be dismissed.  For example, if your confirmation order is dated in January, your six month future default provision will begin with the month of February, and continue for five more months thereafter.

The future default provision ordered in this case means that your case will be dismissed WITHOUT FURTHER NOTICE TO YOU if at any time during this six month period of time described above you fail to make a timely payment for each of the six months.

2.  You cannot pay in advance, miss a month and still comply with this provision.  For this six month period of time, make at least one monthly payment each month or your case will be dismissed.

3.  All of the other conditions listed in your information sheet must also be complied with.  Pay particular attention to the fact you need to pay your payments on time, by cashiers check or money order, with your case number on the payment, sent properly to the correct address of the Chapter 13 Office as shown, or by our electronic ePay method, once you have received this information by separate mailing from our office.

Simply put, failure of payment to be credited in the Chapter 13 Office each month for the next six months will result in the dismissal of your case.

If you have any questions concerning the six month future default provision, please contact your attorney or the Chapter 13 Office.

                                                                                                                        Steven G. Tate
                                                                                                                        Chapter 13 Trustee
                                                                                                                        212 Cooper St
                                                                                                                        Statesville, NC  28677-5856
                                                                                                                        (704) 872-0068
                                                                                                                        general@ch13sta.com

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on July 12, 2016.

Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC 28043-9692