```
                         United States Bankruptcy Court
                        Western District of North Carolina

In re:                                                         Case No. 16-40199-jcw
Norris Gene Wright                                             Chapter 13
Sherry Lynn Wright
      Debtors                   CERTIFICATE OF NOTICE
District/off: 0419-4          User: admin                 Page 1 of 2                  Date Rcvd: Aug 02, 2016
                              Form ID: pdf                Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2016.
db/db         +Norris Gene Wright,   Sherry Lynn Wright,   349 Withrow Road,   Forest City, NC 28043-9692
tr            +Steven G. Tate,   212 Cooper Street,   Statesville, NC 28677-5856
5334414       ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: Americredit,   PO Box 183593,   Arlington, TX 76096-0000)
5334413        Accounts Receivable Management,   PO Box 129,   Thorofare, NJ 08086-0129
5339592       +AmeriCredit Financial Services, Inc. dba,   P O Box 183853,   Arlington, TX 76096-3853
5339095       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                Arlington, TX 76096-3853
5334416        Bob Shehan,   873 Bearwallow Mountain Rd,   Hendersonville, NC 28792-2091
5343629        FORD MOTOR CREDIT COMPANY LLC,   Smith Debnam Narron Drake Saintsing &#03,   P.O. Box 26268,
                Raleigh, NC 27611-6268
5334418       +Ford Motor Credit,   PO Box 152271,   Irving, TX 75015-2271
5334419       +GM Financial,   PO Box 183834,   Arlington, TX 76096-3834
5343628        Jerry T. Myers,   FORD MOTOR CREDIT COMPANY LLC,   Smith Debnam Narron Drake Saintsing &#03,
                P.O. Box 26268,   Raleigh, NC 27611-6268
5334420       +North Carolina Department Of Revenue,   PO Box 25000,   Raleigh, NC 27640-0100
5334686        North Carolina Department of Revenue,   Bankruptcy Unit,   P.O. Box 1168,
                Raleigh, NC 27602-1168
5334423       +Rutherford County Tax Collector,   PO Box 143,   Rutherfordton, NC 28139-0143
5334426        Smith Debnam Narron Drake,   Saintsing & Myers LLP,   PO Box 26268,   Raleigh, NC 27611-6268
5334429       +Southside Motor Co. Inc.,   171 S. Broadway Street,   Forest City, NC 28043-3613
5334431       +US Attorney's Office,   227 West Trade Street,   Carillon Bldg., Suite 1700,
                Charlotte, NC 28202-1675
5334430       +Universal Finance,   141 W. Main Street,   Forest City, NC 28043-3035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5334415       +E-mail/Text: bae_notices@ncwba.uscourts.gov Aug 02 2016 20:01:10     Bankruptcy Administrator,
                402 W. Trade Street, Room 200,   Charlotte, NC 28202-1673
5334417        E-mail/Text: brandy@cottonstatebarns.com Aug 02 2016 20:01:32     CTH Rentals LLC,
                Southern Lease Management,    PO Box 215,   Halls, TN 38040-0215
5334685       +E-mail/Text: cio.bncmail@irs.gov Aug 02 2016 20:00:52     Internal Revenue Service,
                P.O. Box 7317,   Philadelphia, PA 19101-7317
5338983        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 02 2016 19:58:19     Regional Acceptance Corporation,
                PO Box 1847,   Wilson, NC 27894-1847
5334421       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 02 2016 19:58:19     Regional Acceptance Corporation,
                PO Box 6000,   Winterville, NC 28590-6000
5334422       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 02 2016 19:58:19     Regional Acceptance Corporation,
                PO Box 580075,   Charlotte, NC 28258-0075
5334428        E-mail/Text: bknotices@snsc.com Aug 02 2016 20:01:31     SN Servicing Corporation,   323 5th St,
                Eureka, CA 95501-0305
5334427       +E-mail/Text: bknotices@snsc.com Aug 02 2016 20:01:31     SN Servicing,   PO Box 35,
                Eureka, CA 95502-0035
5334424       +E-mail/Text: bankruptcy.noticing@security-finance.com Aug 02 2016 20:00:46     Security Finance,
                207 South Alabama Avenue,   Chessnee, SC 29323-1503
5334425       +E-mail/Text: bankruptcy.noticing@security-finance.com Aug 02 2016 20:00:46
                Security Finance Corp. Of SC,   317 Limestone Street,   Gaffney, SC 29340-3137
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                Signature:  /s/Joseph Speetjens

```
District/off: 0419-4          User: admin              Page 2 of 2              Date Rcvd: Aug 02, 2016
                              Form ID: pdf             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2016 at the address(es) listed below:
              Robert H. Lutz    on behalf of Debtor Norris Gene Wright banklutz@charlotte.twcbc.com
              Robert H. Lutz    on behalf of Debtor Sherry Lynn Wright banklutz@charlotte.twcbc.com
                                                                                              TOTAL: 2
```



FILED & JUDGEMENT ENTERED
Steven T. Salata

August 2, 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:

Norris Gene Wright                                     Chapter 13
Sherry Lynn Wright                                    CASE NO:  16-40199
SSN#: XXX-XX-3799
SSN#: XXX-XX-7629

**ORDER CONFIRMING PLAN**

THIS CAUSE COMING ON FOR HEARING BEFORE THE UNITED STATES BANKRUPTCY COURT for consideration of a Chapter 13 plan proposed by the above-referenced debtors and upon the recommendation of the Chapter 13 trustee, the Court hereby finds and concludes as follows:

1. The debtors have proposed a plan, including all pre-confirmation modifications to the proposed plan as were filed, and including any motions for valuation of security and lien avoidance as may be contained in the plan, all of which are incorporated by reference herein.

2. Notice of the proposed plan, including any modifications to the plan and any motions as referenced hereinabove, was properly given to all necessary parties in interest.

3. The proposed plan, with any modifications and motions included in the proposed plan, complies with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Rules.

Based upon the foregoing, **IT IS HEREBY ORDERED** as follows:

1. The proposed plan of the debtors is **CONFIRMED** as follows:
   **A.** The plan payment is set at $875 for a 5% composition.
   **B.** Plus 6 month Future Default.

2. Any motions for valuation of security and/or lien avoidance are **GRANTED.**

3. The trustee shall receive and disburse funds pursuant to the terms of the confirmed plan, applicable provisions of title 11, U.S.C., and any relevant administrative orders of the Court now in effect and that may be entered in the future.

4. **All Real Property Creditors** who receive Conduit Payments from the Trustee shall Credit the First Conduit Payments as follows:
   SN Servicing Corp                                  September 2016          Court Claim #:

Any party in interest who objects to this **Disbursement Credit Date** shall file such objection with the Clerk of Court within fifteen (15) days of the date of entry of this order. The Court shall schedule a hearing with notice to all affected parties in interest on any such objections that are timely filed.

Plan Summary Docket #(s):  2,8

This Order has been signed electronically,
pursuant to administrative order of the                J. Craig Whitley
Court. Effective as of date of entry.                  UNITED STATES BANKRUPTCY JUDGE