**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:  CASE NO: 16-40199

Norris Gene Wright
Sherry Lynn Wright
SSN# : XXX-XX-3799
SSN# : XXX-XX-7629

**NOTICE TO CLAIMANT**

| Trustee Claim # | Clerk Claim # | Creditor Name and Address | Account Number | Filed Claim Amount | Claim Type |
|---|---|---|---|---|---|
| 7 | 10 | SN Servicing Corp<br>323 5th St<br>Eureka, CA  95501-0305 | 5248 | $44,991.25 | M-Mortgage/Lease |

Please be advised that the proof of claim you have filed in the above-referenced case was not accompanied by a fully executed Local Bankruptcy Form #14 - "Addendum to Chapter 13 Proof of Claim for Real Property Creditor." Pursuant to paragraph 5(a) of the Bankruptcy Court's "Administrative Order Establishing Procedure for the Disbursement of Postpetition Conduit Mortgage Payments to be Effective July 1, 2009", as amended by the Administrative Order of the Court dated November 30th, 2011, all real property creditors are required to attach a fully executed Local Bankruptcy Form #14 to all proofs of claim filed with the Court.

Please supplement your proof of claim by filing the required Local Bankruptcy Form #14 with the Court.  A copy of Local Bankruptcy Form #14 can be obtained by accessing the Clerk of Court's website at www.ncwb.uscourts.gov, requesting the "Forms" tab, and selecting "Local Form 14".

ADDITIONALLY, your proof of claim reflects the following deficiencies which if not promptly corrected by an amended claim filed with the Clerk of Court will result in our office filing an objection to your claim, which will also prevent any disbursements to you on the debt owed to you:

**The trustee will hold all disbursements on account of your proof of claim in reserve pending your compliance with the provision of the Administrative Order.**

DATED:  September 08, 2016
Steven G. Tate
Chapter 13 Trustee

By: J. Safley

**CORRESPONDENCE ADDRESS:**
Steven G. Tate
Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068
general@ch13sta.com

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on September 08, 2016.

J.Safley
Office of the Chapter 13 Trustee

Corporation Service Company, re: SN Servicing Corp, 327 Hillsborough Street , Raleigh, NC 27603-1725
Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC  28043-9692
SN Servicing Corp, 323 5th St, Eureka, CA  95501-0305
SN Servicing, PO Box 35, Eureka, CA  95501
Total: 4