## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

In Re:                                                    Case No.  16-40199
Norris Gene Wright
Sherry Lynn Wright                                        Chapter 13
SSN# :  XXX-XX-3799
SSN# :  XXX-XX-7629

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned Trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the Trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the Trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the Trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

Claim information in motion is current as of 12/15/2016.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) | Trustee Interest Rate(%) |
|---|---|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SERVICES | 12 | 2 | U-Unsecured | 80 | $6,247.42 | Pay by Trustee | 2560 | |
| Ford Motor Credit Co LLC | 11 | 4 | U-Unsecured | 80 | $6,748.02 | Pay by Trustee | 1476 | |
| INTERNAL REVENUE SERVICE | 15 | 3 | P-Priority | 70 | $0.00 | Pay by Trustee | 7629 | |
| NC DEPT OF REVENUE | 18 | 11 | U-Unsecured | 80 | $913.93 | Pay by Trustee | 3799 | |
| NC DEPT OF REVENUE | 10 | 11 | P-Priority | 70 | $1,676.84 | Pay by Trustee | 3799 | |
| Regional Acceptance Corporation | 13 | 1 | U-Unsecured | 80 | $12,821.57 | Pay by Trustee | 3685 | |
| Robert H Lutz | 16 | | L-Legal Fees | 50 | $400.00 | Pay by Trustee | 8/16 | 0.00 |
| Robert H Lutz | 1 | | B-Base Attorney Fee(s) | 20 | $1,849.00 | Pay by Trustee | | |
| Robert H Lutz | 2 | | B-Base Attorney Fee(s) | 50 | $2,051.00 | Pay by Trustee | | |
| RUTHERFORD CO TAX COLLECTOR | 17 | 5 | S-Secured-Pro-Rata | 50 | $371.86 | Pay by Trustee | 0120 | 9.00 |
| SFC-CENTRAL BANKRUPTCY | 3 | 6 | U-Unsecured | 80 | $1,626.25 | Pay by Trustee | 4163 | |
| SFC-CENTRAL BANKRUPTCY | 4 | 9 | U-Unsecured | 80 | $728.00 | Pay by Trustee | 4174 | |
| SFC-CENTRAL BANKRUPTCY | 5 | 7 | U-Unsecured | 80 | $2,572.50 | Pay by Trustee | 5855 | |
| SFC-CENTRAL BANKRUPTCY | 6 | 8 | U-Unsecured | 80 | $1,221.00 | Pay by Trustee | 6006 | |
| SN Servicing Corp | 7 | 10 | M-Mortgage/Lease | 30 | $44,991.25 | CONDUIT | 5248 | |
| SN Servicing Corp | 8 | 10 | N-Mortgage/Lease Arrears | 50 | $3,871.41 | Pay by Trustee | 5248 | 0.00 |
| Southside Motor Co Inc | 14 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7706 | |
| Universal Finance | 9 | | U-Unsecured | 80 | $0.00 | NOT FILED | | |

Wherefore, the Trustee respectfully requests that the Court grant his motion and classify the claims for payment by the Trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: 12/15/2016

Steven G. Tate
Chapter 13 Trustee
By:  A. Hamby

Case No.  16-40199  Wright

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In Re:                                                    Case No.  16-40199
Norris Gene Wright
Sherry Lynn Wright                                        Chapter 13
SSN# :  XXX-XX-3799
SSN# :  XXX-XX-7629

**NOTICE OF OPPORTUNITY FOR HEARING**

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Motion for Determination of Status of Claims in Confirmed Plan. A copy of these paper (s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 1/6/2017, you or your attorney must do four things:

**1. File with the Court a written response requesting that the Court hold a hearing and explaining your position.  File the response at:**

> Clerk, U.S. Bankruptcy Court
> 401 W Trade St Room 111
> Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to  **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

**4. Please refer to the Trustee's claim number in any response you may file.**

If you file a response, then a hearing will be held at the following time and place:

Date:  1/27/2017                     Time:  9:30 AM

Location:        Cleveland County Courthouse
                Courtroom #5
                100 Justice Place
                Shelby, NC  28151

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated: 12/15/2016                            Steven G. Tate, Chapter 13 Trustee
                                             212 Cooper St
                                             Statesville, NC  28677-5856
                                             (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In Re:                                                          Case No.  16-40199
Norris Gene Wright
Sherry Lynn Wright                                              Chapter 13
SSN# :  XXX-XX-3799
SSN# :  XXX-XX-7629

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on 12/16/2016.

A. Hamby
Office of the Chapter 13 Trustee

Accounts Receivable Management, PO Box 129, Thorofare, NJ 08086-0129

Americredit Financial Services Inc, dba GM Financial, PO Box 183853, Arlington, TX 76096

AMERICREDIT FINANCIAL SERVICES, PO BOX 183853, ARLINGTON, TX 76096-3853

Americredit, PO Box 183593, Arlington, TX 76096

Bob Shehan, 873 Bearwallow Mountain Rd, Hendersonville, NC 28792-2091

Ford Motor Credit Co LLC, Smith Debnam Narron Drake Saintsing & Myers LLC, PO Box 26268, Raleigh, NC 27611-6268

INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346

NC DEPT OF REVENUE, OFFICE SERV DIV/BANKRUPTCY UNT, PO BOX 1168, RALEIGH, NC 27602-1168

Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC 28043-9692

Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, PO Box 1847, Wilson, NC 27894

Regional Acceptance Corporation, PO Box 580075, Charlotte, NC 28258-0075

RUTHERFORD CO TAX COLLECTOR, PO BOX 143, RUTHERFORDTON, NC 28139

SFC-CENTRAL BANKRUPTCY, PO BOX 1893, SPARTANBURG, SC 29304

Smith Debnam Narron Drake, Saintsing & Myers LLP, PO Box 26268, Raleigh, NC 27611-6268

SN Servicing Corp, 323 5th St, Eureka, CA 95501-0305

SN Servicing, PO Box 35, Eureka, CA 95501

Southside Motor Co Inc, 171 S Broadway St, Forest City, NC 28043

Universal Finance, 141 W Main St, Forest City, NC 28043

Total Served: 19