**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                    Case No.  16-40199
Norris Gene Wright
Sherry Lynn Wright                                              Chapter 13
SSN# :  XXX-XX-3799
SSN# :  XXX-XX-7629

**MOTION OF TRUSTEE TO MODIFY PLAN**

The undersigned, being the Standing Trustee for the debtors listed above, hereby moves the Court as follows:

Subsequent to the confirmation, the Trustee has reviewed this case and believes the plan of the debtors will no longer meet the requirements of the bankruptcy code due to the following reason:

**Case does not run minimum of 36 months as required by law.**

The Trustee recommends that the plan be modified as follows:

**Change from 5% composition plan to a base plan with 36 month term with minimum unsecured dividend adjusted as necessary.**

**Base will be adjusted as needed.**

**Your plan term will be increased to 36 months.**

Dated:  12/15/2016                                              Steven G. Tate
                                                                           Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                    Case No.  16-40199
Norris Gene Wright
Sherry Lynn Wright                                        Chapter 13
SSN# :  XXX-XX-3799
SSN# :  XXX-XX-7629

**NOTICE OF OPPORTUNITY FOR HEARING**

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Motion to Modify Plan. A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 1/6/2017, you or your attorney must do three things:

**1. File with the Court a written response requesting that the Court hold a hearing and explaining your position.  File the response at:**

        CLERK, U.S. BANKRUPTCY COURT
        401 W Trade St Room 111
        Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

If you file a response, then a hearing will be held at the following time and place:

Date: 1/27/2017                    Time:  9:30 AM

Location:      Cleveland County Courthouse
             Courtroom #5
             100 Justice Place
             Shelby, NC 28151

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated:  12/15/2016                              Steven G. Tate, Chapter 13 Trustee
                                           212 Cooper St
                                           Statesville, NC  28677-5856
                                           (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                      Case No.  16-40199
Norris Gene Wright
Sherry Lynn Wright                                          Chapter 13
SSN# :  XXX-XX-3799
SSN# :  XXX-XX-7629

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage
prepaid on 12/16/2016.

                                                           A. Hamby
                                                           Office of the Chapter 13 Trustee

Accounts Receivable Management, PO Box 129, Thorofare, NJ 08086-0129
Americredit Financial Services Inc, dba GM Financial, PO Box 183853, Arlington, TX 76096
AMERICREDIT FINANCIAL SERVICES, PO BOX 183853, ARLINGTON, TX 76096-3853
Americredit, PO Box 183593, Arlington, TX 76096
Bob Shehan, 873 Bearwallow Mountain Rd, Hendersonville, NC 28792-2091
Ford Motor Credit Co LLC, Smith Debnam Narron Drake Saintsing & Myers LLC, PO Box 26268, Raleigh, NC 27611-6268
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
NC DEPT OF REVENUE, OFFICE SERV DIV/BANKRUPTCY UNT, PO BOX 1168, RALEIGH, NC 27602-1168
Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC 28043-9692
Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, PO Box 1847, Wilson, NC 27894
Regional Acceptance Corporation, PO Box 580075, Charlotte, NC 28258-0075
RUTHERFORD CO TAX COLLECTOR, PO BOX 143, RUTHERFORDTON, NC 28139
SFC-CENTRAL BANKRUPTCY, PO BOX 1893, SPARTANBURG, SC 29304
Smith Debnam Narron Drake, Saintsing & Myers LLP, PO Box 26268, Raleigh, NC 27611-6268
SN Servicing Corp, 323 5th St, Eureka, CA 95501-0305
SN Servicing, PO Box 35, Eureka, CA 95501
Southside Motor Co Inc, 171 S Broadway St, Forest City, NC 28043
Universal Finance, 141 W Main St, Forest City, NC 28043

Total Served:  19

UNDELIVERABLE MAIL (Insufficient Mailing Address)



Total:  0