

FILED & JUDGMENT ENTERED
Steven T. Salata

January 30 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE:<br>Norris Gene Wright<br>Sherry Lynn Wright<br>SSN#: XXX-XX-3799<br>SSN#: XXX-XX-7629 | Case No. 16-40199<br><br>Chapter 13<br><br>Related Docket #: 21 |

**ORDER GRANTING MOTION OF TRUSTEE FOR DETERMINATION OF STATUS**
**OF CLAIMS IN CONFIRMED PLAN**

This matter came before the Court upon the motion of the Trustee in the above-referenced Chapter 13 case for determination of the status of all claims in the case for the purpose of providing for their payment in the debtors' confirmed plan. After timely notice of the Trustee's motion to all parties in interest and an opportunity for hearing, the Court now finds and concludes that the motion is appropriate and should be granted at this time.

Based upon the foregoing, **IT IS HEREBY ORDERED** that the Trustee's motion is **GRANTED** and that all claims shall be provided for payment in the debtors' confirmed plan as reported and set forth in the Trustee's motion.

This Order has been signed electronically,
pursuant to administrative order of the
Court. Effective as of date of entry.

J. Craig Whitley
UNITED STATES BANKRUPTCY JUDGE

{:20170130074624:}