

FILED & JUDGMENT ENTERED
Steven T. Salata

January 31 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE:<br>Norris Gene Wright<br>Sherry Lynn Wright<br>SSN#: XXX-XX-3799<br>SSN#: XXX-XX-7629 | Case No. 16-40199<br><br>Chapter 13<br><br>Related Docket #: 22 |

**ORDER**

ON 1/27/2017, AFTER NOTICE, THIS MATTER CAME ON FOR CONSIDERATION WITHOUT PROTEST UPON:

Motion to Modify Plan

**AND, THIS COURT FINDS** that:

[ **X** ] Case does not run minimum of 36 months as required by law.

**IT IS, THEREFORE, ORDERED** that:

[ **X** ] Plan is extended to 36 months.

[ **X** ] Base is adjusted as required.

[ **X** ] **MOTION is GRANTED.**

[ **X** ] **Change from 5% composition plan to a base plan with 36 month term with minimum unsecured dividend adjusted as necessary.**

This Order has been signed electronically,
pursuant to administrative order of the
Court. Effective as of date of entry.

J. Craig Whitley
UNITED STATES BANKRUPTCY JUDGE

{:20170130144130:}