**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 16-40199 |
| Norris Gene Wright | Related Document #: 24 |
| Sherry Lynn Wright | |
| SSN# :  XXX-XX-3799 | |
| SSN# :  XXX-XX-7629 | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the Order Motion to Modify Plan that was filed with the Clerk of Court on 1/31/2017 via the CM/ECF filing system.  Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

| | |
|---|---|
| Service Date: February 01, 2017 | K. Myers |
| | Office of the Chapter 13 Trustee |

Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC 28043-9692
Robert H Lutz (served electronically)

Total Served: 2