UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:  Case No: 16-40199
Norris Gene Wright
Sherry Lynn Wright
SSN#: XXX-XX-3799
SSN#: XXX-XX-7629

## NOTICE TO DEBTORS

We have added the post petition tax claim listed below.
This claim has been included in your plan without increasing your plan payment. No modification is required to include this claim.

| Trustee Claim # | Clerk Claim # | Payee | Creditor Type Description | Account Number | Asserted Claim Amt |
|---|---|---|---|---|---|
| 19 | 12 | **RUTHERFORD CO TAX COLLECTOR** | P-Priority | 4889 | **$714.91** |

Dated: March 06, 2017

A. Owens
Office of the Chapter 13 Trustee

Steven G. Tate
Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068
general@ch13sta.com

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 3/6/2017.

A. Owens
Office of the Chapter 13 Trustee

Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC  28043-9692