**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE:<br>Norris Gene Wright<br>Sherry Lynn Wright<br>SSN# : XXX-XX-3799      DEBTORS<br>SSN# : XXX-XX-7629 | Case No. 16-40199<br><br>Chapter 13 |

**MOTION OF TRUSTEE TO DISMISS CASE**
**OR TO MODIFY PLAN**

The undersigned Trustee in the above-referenced Chapter 13 case hereby moves the Court to dismiss the case, or to modify the plan in such a manner as the Court deems necessary and appropriate, for the following reason(s):

**Plan payments are currently in default.**

A Preliminary Hearing will be held on this motion as shown on the attached Notice, at which the Trustee will recommend to the Court to grant a variety of relief options in this case, including but not limited to dismissing the case, extending or reducing the term of the plan, reducing or increasing the plan payment, reducing the percentage paid to unsecured creditors, granting a moratorium on missed payments, granting a hardship discharge, modifying the plan to the payments made so far, allowing for a fee to the debtors' attorney for representation at the hearing, or granting any other such relief which the Court determines to be necessary and appropriate.

Dated:  3/6/2018                                                                                      Steven G. Tate
                                                                                                                  Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                                  Case No.  16-40199
Norris Gene Wright
Sherry Lynn Wright                                                            Chapter 13
SSN# :  XXX-XX-3799         DEBTORS
SSN# :  XXX-XX-7629

**NOTICE OF PRELIMINARY HEARING**

The Chapter 13 Trustee has filed papers in the bankruptcy case for the debtors named above, and will bring before the Court a preliminary hearing on the Motion to Dismiss Case or to Modify Plan.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

1. If you **DO NOT** want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views, then by 4/23/2018, you or your attorney must file with the Court a written response at the following address:

> Clerk, U.S. Bankruptcy Court
> 401 W Trade St Room 111
> Charlotte, NC  28202

2. If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

3. On or before the date stated above for written responses, you must also serve a copy of your response on any other party requred to be served by law.

A preliminary hearing will be held at the following time and place:

Date:  4/24/2018                                    Time:  11:00 AM

Location:     Chapter 13 Bankruptcy Office
212 Cooper Street
Statesville, NC  28677-5856

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought  and may enter an order granting that relief. If a response is made and the motion is not resolved by consent at the preliminary hearing, a hearing before the Court will be scheduled.

Dated:  3/6/2018                                                                    Steven G. Tate, Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE: | Case No. 16-40199 |
| Norris Gene Wright | |
| Sherry Lynn Wright | Chapter 13 |
| SSN# : XXX-XX-3799      DEBTORS | |
| SSN# : XXX-XX-7629 | |

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 3/7/2018.

K. Myers
Office of the Chapter 13 Trustee

Accounts Receivable Management, PO Box 129, Thorofare, NJ 08086-0129
Americredit Financial Services Inc, dba GM Financial, PO Box 183853, Arlington, TX 76096
AMERICREDIT FINANCIAL SERVICES, PO BOX 183853, ARLINGTON, TX 76096-3853
Americredit, PO Box 183593, Arlington, TX 76096
Bob Shehan, 873 Bearwallow Mountain Rd, Hendersonville, NC 28792-2091
Ford Motor Credit Co LLC, Smith Debnam Narron Drake Saintsing & Myers LLC, PO Box 26268, Raleigh, NC 27611-6268
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
NC DEPT OF REVENUE, OFFICE SERV DIV/BANKRUPTCY UNT, PO BOX 1168, RALEIGH, NC 27602-1168
Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC 28043-9692
Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, PO Box 1847, Wilson, NC 27894
Regional Acceptance Corporation, PO Box 580075, Charlotte, NC 28258-0075
RUTHERFORD CO TAX COLLECTOR, PO BOX 143, RUTHERFORDTON, NC 28139
SFC-CENTRAL BANKRUPTCY, PO BOX 1893, SPARTANBURG, SC 29304
Smith Debnam Narron Drake, Saintsing & Myers LLP, PO Box 26268, Raleigh, NC 27611-6268
SN Servicing Corp, 323 5th St, Eureka, CA 95501-0305
SN Servicing, PO Box 35, Eureka, CA 95501
Southside Motor Co Inc, 171 S Broadway St, Forest City, NC 28043
Universal Finance, 141 W Main St, Forest City, NC 28043

Total Served:  19