

FILED & JUDGMENT ENTERED
Steven T. Salata

April 25 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Shelby Division

IN RE:                                                    Case No.  16-40199
Norris Gene Wright
Sherry Lynn Wright                                        Chapter 13
SSN#: XXX-XX-3799
SSN#: XXX-XX-7629                                          Related Docket #:  28

### ORDER

ON 4/24/2018,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

   [ **X** ] Plan payments are in substantial default.

   [ **X** ] Debtor can resume payments.

**IT IS, THEREFORE, ORDERED** that:

   [ **X** ] Plan payments are set at **$875.00** per month, with the plan extended and the minimum general unsecured
          dividend adjusted if necessary.

   [ **X** ] Attorney for debtors allowed presumptive, non-base fee of **$200.00**.

This Order has been signed electronically,          J. Craig Whitley
pursuant to administrative order of the Court.      UNITED STATES BANKRUPTCY JUDGE
Effective as of date of entry.

{:20180425095903:}