**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                                    Case No. 16-40199
Norris Gene Wright
Sherry Lynn Wright                                               Chapter 13
SSN# : XXX-XX-3799     DEBTORS
SSN# : XXX-XX-7629

**MOTION OF TRUSTEE TO DISMISS CASE**

The undersigned Trustee in the above-referenced Chapter 13 case hereby moves the Court to dismiss the case, for the following reason(s):

**Plan payments are currently in default.**

A Preliminary Hearing will be held on this motion as shown on the attached Notice, at which the Trustee will recommend to the Court to grant a variety of relief options in this case, including but not limited to dismissing the case, extending or reducing the term of the plan, reducing or increasing the plan payment, granting a moratorium on missed payments, granting a future default provision, allowing for a fee to the debtors' attorney for representation at the hearing, or granting any other such relief which the Court determines to be necessary and appropriate.

Dated: 12/21/2018                                                                                   Steven G. Tate
                                                                                                      Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                                    Case No.  16-40199
Norris Gene Wright
Sherry Lynn Wright                                                              Chapter 13
SSN# :  XXX-XX-3799              DEBTORS
SSN# :  XXX-XX-7629

**NOTICE OF PRELIMINARY HEARING**

The Chapter 13 Trustee has filed papers in the bankruptcy case for the debtors named above, and will bring before the Court a preliminary hearing on the Motion to Dismiss Case.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

1. If you **DO NOT** want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views, then by 1/14/2019, you or your attorney must file with the Court a written response at the following address:

   Clerk, U.S. Bankruptcy Court
   401 W Trade St Room 111
   Charlotte, NC  28202

2. If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

3. On or before the date stated above for written responses, you must also serve a copy of your response on any other party requred to be served by law.

A preliminary hearing will be held at the following time and place:

Date:  1/22/2019                           Time:  11:00 AM

Location:      Chapter 13 Bankruptcy Office
               212 Cooper Street
               Statesville, NC  28677-5856

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief. If a response is made and the motion is not resolved by consent at the preliminary hearing, a hearing before the Court will be scheduled.

Dated:  12/21/2018                                                         Steven G. Tate, Chapter 13 Trustee
                                                                           212 Cooper St
                                                                           Statesville, NC  28677-5856
                                                                           (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:  Case No. 16-40199
Norris Gene Wright
Sherry Lynn Wright  Chapter 13
SSN# : XXX-XX-3799     DEBTORS
SSN# : XXX-XX-7629

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 12/21/2018.

J. Safley
Office of the Chapter 13 Trustee

Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC 28043-9692

Total Served: 1