

FILED & JUDGMENT ENTERED
Steven T. Salata

January 24 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Shelby Division**

| | |
|---|---|
| IN RE:<br>Norris Gene Wright<br>Sherry Lynn Wright<br>SSN#: XXX-XX-3799<br>SSN#: XXX-XX-7629 | Case No.  16-40199<br><br>Chapter 13<br><br>Related Docket #:  31 |

**ORDER**

ON 1/22/2019,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

　　[ **X** ]  Plan payments are in substantial default.

　　[ **X** ]  Debtor can resume payments.

**IT IS, THEREFORE, ORDERED** that:

　　[ **X** ]  Plan payments are set at **$875.00** per month beginning in **February 2019**, with the plan extended and the minimum general unsecured dividend adjusted if necessary.

　　[ **X** ]  Attorney for debtors allowed presumptive, non-base fee of **$200.00**.

This Order has been signed electronically,　　　　　　　　　　　J. Craig Whitley
pursuant to administrative order of the Court.　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE
Effective as of date of entry.

{:20190123131506:}