**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Shelby Division**

IN RE:  
Norris Gene Wright  
Sherry Lynn Wright  
SSN#: XXX-XX-3799  
SSN#: XXX-XX-7629  

Case No. 16-40199

Chapter 13

Related Docket #: 34

## NOTICE OF CONTINUED HEARING

ON 5/21/2019, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss/Convert/Modify

**IT IS, THEREFORE, NOTICED** that:

[ **X** ] Hearing is continued to **6/28/2019** at **9:30 AM** at the **Cleveland County Courthouse, Courtroom #5, 100 Justice Place, Shelby, NC 28151.**

Dated: 5/22/2019

Steven G. Tate, Chapter 13 Trustee  
212 Cooper St  
Statesville, NC  28677-5856  
(704) 872-0068 | general@ch13sta.com

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 5/23/2019.

A. Owens  
Office of the Chapter 13 Trustee

Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC 28043-9692  
Total Served: 1