

FILED & JUDGMENT ENTERED
Steven T. Salata

July 1 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Shelby Division

IN RE:  
Norris Gene Wright  
Sherry Lynn Wright  
SSN#: XXX-XX-3799  
SSN#: XXX-XX-7629  

Case No. 16-40199

Chapter 13

Related Docket #: 34

## ORDER

ON 6/28/2019, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

[ X ] Plan payments are in substantial default.

[ X ] Debtor can resume payments.

**IT IS, THEREFORE, ORDERED** that:

[ X ] Plan payments are set at **$1,010.00** per month beginning in **July 2019**, with the plan extended and the minimum general unsecured dividend adjusted if necessary.

[ X ] The Debtor(s) is subject to a 6 month future default beginning in July 2019 and extending through December 2019, such that if the full plan payment is not posted by the last business day of each of these months, then the case is subject to dismissal without further notice or hearing.

[ X ] Attorney for debtors allowed presumptive, non-base fee of **$200.00**.

This Order has been signed electronically.  
The Judge's signature and Court's seal  
appear at the top of the Order.

UNITED STATES BANKRUPTCY COURT

{:20190628160744:}