**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:  
Norris Gene Wright  
Sherry Lynn Wright  
SSN# :  XXX-XX-3799  
SSN# :  XXX-XX-7629  

CASE NO:  16-40199  
Related Document #:  37

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the Order Trustee Motion Dismiss/Convert/Modify that was filed with the Clerk of Court on 7/1/2019 via the CM/ECF filing system.  Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date: July 02, 2019

J. Moore  
Office of the Chapter 13 Trustee

Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC 28043-9692  
Robert H Lutz (served electronically)

Total Served: 2