**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE: | Case No. 16-40199 |
| Norris Gene Wright | |
| Sherry Lynn Wright | Chapter 13 |
| SSN# : XXX-XX-3799 | |
| SSN# : XXX-XX-7629 | |

**SIX MONTH FUTURE DEFAULT CONDITIONS**

The Court has recently issued an order that requires you make your future plan payments subject to your case being dismissed without any further hearing if you fail to make those payments. This requirement is also known as a "future default provision". To insure that there is no confusion about the administration of this requirement which is strictly followed by the Trustee's office, please note the following:

1. The future default provision begins with the month of July 2019, and runs through and including the month of December 2019.

2. During this period of time, you need to make a full plan payment for each of the months listed or YOUR CASE WILL BE DISMISSED WITHOUT FURTHER NOTICE.

3. A partial or late payment will not stop dismissal of your case.

4. Payments must be made in compliance with the prior instructions sent to you. Payments are credited for our analysis based on receipt by the Trustee's office, and not when you send the payments in. Allow sufficient time for payments sent in by mail to reach us.

5. If you have any questions in regards to this requirement, please do not hesitate to contact the Trustee's office as shown below.

Dated: 7/15/2019                                                                                          Steven G. Tate
                                                                                                                        704-872-0068
                                                                                                                        general@ch13sta.com

CERTIFICATE OF SERVICE

The parties listed below were served a copy of this notice by United States first class mail, postage prepaid, at the addresses shown on 7/15/2019.

Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC 28043-9692

V. 11/09/18