

FILED & JUDGMENT ENTERED
Steven T. Salata

September 11 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                                                     Case No.  16-40199
    Norris Gene Wright
    Sherry Lynn Wright                                                       Chapter 13

    SSN#: XXX-XX-3799                                              Related Docket #:  37
    SSN#: XXX-XX-7629

**ORDER**

ON 6/28/2019, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

    1.  An Order was entered on 7/1/2019 providing that this case should be dismissed without further notice upon a future default in plan payments by the debtors.  The debtors have failed to comply or substantially comply with this provision, defaulting in the plan payment obligations since entry of the order.

    2.  Based on the foregoing, this Court concludes that this case should be dismissed.

Reported and recommended by:                             This Order has been signed electronically,
                                                                                     pursuant to administrative order of the Court.
/s/ Steven G. Tate                                                             Effective as of date of entry.
Chapter 13 Trustee

                                                                                                J. Craig Whitley
                                                                                                UNITED STATES BANKRUPTCY JUDGE

{:20190911100737:}