IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:  NORRIS GENE WRIGHT            )
       SHERRY LYNN WRIGHT            )
           Debtors            )        Chapter 13
                                  )        Bankruptcy Case No:
SSN:  xxx-xx-3799            )        16-40199
SSN:  xxx-xx-7629            )
_____            )

NOTICE OF HEARING

**TAKE NOTICE** that a Motion To Set Aside Court's Order Dismissing Case has been filed by Robert H. Lutz, attorney of record, in the above captioned matter. A copy of said Motion being attached to this Notice.

**TAKE FURTHER NOTICE** that any response, including objection, to the relief requested in the attached Objection, should be filed with the Clerk of the Bankruptcy Court within fourteen (14) days of the date of service of this Notice and a copy served on the parties listed below and upon other parties as required by Law or Court Order. Any response shall clearly identify the specific Objection to which the Response is directed, and it shall fully comply with Local Bankruptcy Rule 310 (a)(8).

**TAKE FURTHER NOTICE** that a hearing will be held on this Motion on September 27, 2019, at 9:30 o'clock a.m., in the United States Bankruptcy Court, Cleveland County Courthouse, 100 Justice Place, Shelby, North Carolina.

This the 13th day of September, 2019.

                LUTZ LAW FIRM, PLLC

            BY _____/s Robert H. Lutz_____
                Robert H. Lutz
                Attorney for Debtors
                310-8 E. Graham Street
                Shelby, NC  28150
                Phone No: 704-600-6003
                Fax No: 704-600-6004
                State Bar No: NC 16375

Address of Court:
U.S. Bankruptcy Court
401 W. Trade Street
Charlotte, NC 28201

## CERTIFICATE OF SERVICE

    This is to certify that I have this date served on the following a copy of the foregoing, by placing a copy of same in the United States mail, postage paid, addressed to:

Mr. Steven G. Tate                              (served electronically)
Chapter 13 Trustee
212 Cooper Street
Statesville, NC  28677


ALL CREDITORS LISTED ON THE MAILING MATRIX ATTACHED


    This the 13th day of September, 2019.

                                        LUTZ LAW FIRM, PLLC


                                    BY _____/s Robert H. Lutz_____
                                            Robert H. Lutz
                                            Attorney for Debtors
                                            310-8 E. Graham Street
                                            Shelby, NC  28150
                                            Phone No: 704-600-6003
                                            Fax No: 704-600-6004
                                            State Bar No: NC 16375