

UNITED STATES POSTAL SERVICE®

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Steven G. Tate

Address:

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 25933402991 | 2019-07-15 | 281600 | $1,000.00 | 04 |

UNITED STATES POSTAL SERVICE®

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Steven G Tate

Address:

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 25933403002 | 2019-07-15 | 281600 | $10.00 | 04 |

UNITED STATES POSTAL SERVICE®

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Steven G Tate

Address:

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 25933406084 | 2019-08-15 | 281600 | $1,000.00 | 04 |

UNITED STATES POSTAL SERVICE®

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Steven G. Tate

Address:

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 25933406095 | 2019-08-15 | 281600 | $10.00 | 04 |

```
========================================
              SPINDALE
            124 TANNER ST
        SPINDALE, NC 28160-1564
             367296-0860
             (800)275-8777
          08/15/2019 09:10 AM
========================================
========================================
----------------------------------------
Product              Qty   Unit    Price
                           Price
----------------------------------------
Dom M.O. - Value                $1,000.00
   (Serial#:25933406084)
Dom M.O. Fee                        $1.70
Dom M.O. - Value                   $10.00
   (Serial#:25933406095)
Dom M.O. Fee                        $1.25
BarnSwllw #6 Env   1    $0.69      $0.69
----------------------------------------
Total:                          $1,013.64
----------------------------------------

----------------------------------------
Cash                            $1,020.00
Change                            ($6.36)
----------------------------------------

         Preview your Mail
         Track your Packages
         Sign up for FREE @
         www.informeddelivery.com
```

```
========================================
              SPINDALE
            124 TANNER ST
            SPINDALE, NC
             28160-1564
             3672960860
========================================
07/15/2019     (800)275-8777   10:38 AM
========================================
========================================
Product              Sale       Final
Description          Qty        Price

Dom M.O. -                    $1,000.00
Value
  (Serial#:25933402991)
 Dom M.O. Fee                     $1.70
Dom M.O. -                       $10.00
Value
  (Serial#:25933403002)
 Dom M.O. Fee                     $1.25
BarnSwllw #6         1            $0.69
Env
----------------------------------------
Total                         $1,013.64
----------------------------------------
Cash                          $1,020.00
Change                          ($6.36)

         Preview your Mail
         Track your Packages
         Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage
```