United States Bankruptcy Court
Western District of North Carolina

In re:  
Norris Gene Wright  
Sherry Lynn Wright  
    Debtors

Case No. 16-40199-jcw  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0419-4      User: vanhoyr      Page 1 of 2      Date Rcvd: Sep 11, 2019  
                     Form ID: pdf      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2019.

```
db/db         +Norris Gene Wright,   Sherry Lynn Wright,   349 Withrow Road,   Forest City, NC 28043-9692
tr            +Steven G. Tate,   212 Cooper Street,   Statesville, NC 28677-5856
5334416        Bob Shehan,   873 Bearwallow Mountain Rd,   Hendersonville, NC  28792-2091
5343629        FORD MOTOR CREDIT COMPANY LLC,   Smith Debnam Narron Drake Saintsing &#03,   P.O. Box 26268,
                 Raleigh, NC 27611-6268
5334418       +Ford Motor Credit,   PO Box 152271,   Irving, TX 75015-2271
5343628        Jerry T. Myers,   FORD MOTOR CREDIT COMPANY LLC,   Smith Debnam Narron Drake Saintsing &#03,
                 P.O. Box 26268,   Raleigh, NC 27611-6268
5334420       +North Carolina Department Of Revenue,   PO Box 25000,   Raleigh, NC 27640-0100
5334686        North Carolina Department of Revenue,   Bankruptcy Unit,   P.O. Box 1168,
                 Raleigh, NC 27602-1168
5334423       +Rutherford County Tax Collector,   PO Box 143,   Rutherfordton, NC 28139-0143
5360690       +Rutherford County Tax Office,   PO Box 143,   Rutherfordton, NC 28139-0143
5334426        Smith Debnam Narron Drake,   Saintsing & Myers LLP,   PO Box 26268,   Raleigh, NC  27611-6268
5334429       +Southside Motor Co. Inc.,   171 S. Broadway Street,   Forest City, NC 28043-3613
5334431       +US Attorney's Office,   227 West Trade Street,   Carillon Bldg., Suite 1700,
                 Charlotte, NC 28202-1675
5334430       +Universal Finance,   141 W. Main Street,   Forest City, NC 28043-3035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5334414        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 11 2019 18:20:09     Americredit,
                 PO Box 183593,   Arlington, TX  76096-0000
5339592       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 11 2019 18:20:09
                 AmeriCredit Financial Services, Inc. dba,   P O Box 183853,   Arlington, TX 76096-3853
5339095       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 11 2019 18:20:09
                 AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
5334415       +E-mail/Text: bae_notices@ncwba.uscourts.gov Sep 11 2019 18:20:13     Bankruptcy Administrator,
                 402 W. Trade Street, Room 200,   Charlotte, NC 28202-1673
5334417        E-mail/Text: brandy@cottonstatebarns.com Sep 11 2019 18:20:22     CTH Rentals LLC,
                 Southern Lease Management,   PO Box 215,   Halls, TN 38040-0215
5334419       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 11 2019 18:20:09     GM Financial,
                 PO Box 183834,   Arlington, TX 76096-3834
5334685       +E-mail/Text: cio.bncmail@irs.gov Sep 11 2019 18:20:07     Internal Revenue Service,
                 P.O. Box 7317,   Philadelphia, PA 19101-7317
5338983        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 11 2019 18:24:08     Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
5334421       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 11 2019 18:24:08     Regional Acceptance Corporation,
                 PO Box 6000,   Winterville, NC 28590-6000
5334422       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 11 2019 18:24:08     Regional Acceptance Corporation,
                 PO Box 580075,   Charlotte, NC 28258-0075
5364593       +E-mail/Text: bankruptcy.noticing@security-finance.com Sep 11 2019 18:20:04
                 SFC Central Bankruptcy,   P.O. Box 1893,   Spartanburg, SC 29304-1893
5334428        E-mail/Text: bknotices@snsc.com Sep 11 2019 18:20:21     SN Servicing Corporation,   323 5th St,
                 Eureka, CA  95501-0305
5334427       +E-mail/Text: bknotices@snsc.com Sep 11 2019 18:20:21     SN Servicing,   PO Box 35,
                 Eureka, CA 95502-0035
5334424       +E-mail/Text: bankruptcy.noticing@security-finance.com Sep 11 2019 18:20:04     Security Finance,
                 207 South Alabama Avenue,   Chessnee, SC 29323-1503
5334425       +E-mail/Text: bankruptcy.noticing@security-finance.com Sep 11 2019 18:20:04
                 Security Finance Corp. Of SC,   317 Limestone Street,   Gaffney, SC 29340-3137
5372565       +E-mail/Text: bknotices@snsc.com Sep 11 2019 18:20:21     U.S. Bank Trust NA, as Trustee,
                 of the Igloo Series II Trust,   C/O SN Servicing Corporation,   323 5th Street,
                 Eureka, CA 95501-0305
5370258       +E-mail/Text: bknotices@snsc.com Sep 11 2019 18:20:21     U.S. Bank Trust National Association,,
                 as Trustee of the Igloo Series,   C/o SN Servicing Corp,   323 5th St,   Eureka, CA 95501-0305
                                                                                              TOTAL: 17
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5389954*         Regional Acceptance Corporation,   PO Box 1847,   Wilson, NC 27894-1847
5334413        ##Accounts Receivable Management,   PO Box 129,   Thorofare, NJ  08086-0129
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0419-4          User: vanhoyr              Page 2 of 2              Date Rcvd: Sep 11, 2019
                              Form ID: pdf               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
          Robert H. Lutz    on behalf of Debtor Norris Gene Wright banklutz@charlotte.twcbc.com
          Robert H. Lutz    on behalf of Debtor Sherry Lynn Wright banklutz@charlotte.twcbc.com
                                                                                     TOTAL: 2
```



FILED & JUDGMENT ENTERED
Steven T. Salata

September 11 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE: | Case No. 16-40199 |
| Norris Gene Wright | |
| Sherry Lynn Wright | Chapter 13 |
| | |
| SSN#: XXX-XX-3799 | Related Docket #: 37 |
| SSN#: XXX-XX-7629 | |

**ORDER**

ON 6/28/2019, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

   1.  An Order was entered on 7/1/2019 providing that this case should be dismissed without further notice upon a future default in plan payments by the debtors.  The debtors have failed to comply or substantially comply with this provision, defaulting in the plan payment obligations since entry of the order.

   2.  Based on the foregoing, this Court concludes that this case should be dismissed.

Reported and recommended by:

/s/ Steven G. Tate
Chapter 13 Trustee

This Order has been signed electronically, pursuant to administrative order of the Court. Effective as of date of entry.

J. Craig Whitley
UNITED STATES BANKRUPTCY JUDGE

{:20190911100737:}