United States Bankruptcy Court
Western District of North Carolina

In re:  
Norris Gene Wright  
Sherry Lynn Wright  
    Debtors

Case No. 16-40199-jcw  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0419-4    User: vanhoyr    Page 1 of 2    Date Rcvd: Oct 03, 2019  
                                      Form ID: pdf    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
```
db/db         +Norris Gene Wright,    Sherry Lynn Wright,    349 Withrow Road,    Forest City, NC 28043-9692
tr            +Steven G. Tate,    212 Cooper Street,    Statesville, NC 28677-5856
5334416        Bob Shehan,    873 Bearwallow Mountain Rd,    Hendersonville, NC  28792-2091
5343629        FORD MOTOR CREDIT COMPANY LLC,    Smith Debnam Narron Drake Saintsing &#03,    P.O. Box 26268,
                 Raleigh, NC 27611-6268
5334418       +Ford Motor Credit,    PO Box 152271,    Irving, TX 75015-2271
5343628        Jerry T. Myers,    FORD MOTOR CREDIT COMPANY LLC,    Smith Debnam Narron Drake Saintsing &#03,
                 P.O. Box 26268,    Raleigh, NC 27611-6268
5334420       +North Carolina Department Of Revenue,    PO Box 25000,    Raleigh, NC 27640-0100
5334686        North Carolina Department of Revenue,    Bankruptcy Unit,    P.O. Box 1168,
                 Raleigh, NC 27602-1168
5334423       +Rutherford County Tax Collector,    PO Box 143,    Rutherfordton, NC 28139-0143
5360690       +Rutherford County Tax Office,    PO Box 143,    Rutherfordton, NC 28139-0143
5334426        Smith Debnam Narron Drake,    Saintsing & Myers LLP,    PO Box 26268,    Raleigh, NC  27611-6268
5334429       +Southside Motor Co. Inc.,    171 S. Broadway Street,    Forest City, NC 28043-3613
5334431       +US Attorney's Office,    227 West Trade Street,    Carillon Bldg., Suite 1700,
                 Charlotte, NC 28202-1675
5334430       +Universal Finance,    141 W. Main Street,    Forest City, NC 28043-3035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5334414        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 03 2019 18:32:18      Americredit,
                 PO Box 183593,    Arlington, TX  76096-0000
5339592       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 03 2019 18:32:18
                 AmeriCredit Financial Services, Inc. dba,    P O Box 183853,    Arlington, TX 76096-3853
5339095       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 03 2019 18:32:18
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
5334415       +E-mail/Text: bae_notices@ncwba.uscourts.gov Oct 03 2019 18:32:21      Bankruptcy Administrator,
                 402 W. Trade Street, Room 200,    Charlotte, NC 28202-1673
5334417        E-mail/Text: brandy@cottonstatebarns.com Oct 03 2019 18:32:29      CTH Rentals LLC,
                 Southern Lease Management,    PO Box 215,    Halls, TN 38040-0215
5334419       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 03 2019 18:32:18      GM Financial,
                 PO Box 183834,    Arlington, TX 76096-3834
5334685       +E-mail/Text: cio.bncmail@irs.gov Oct 03 2019 18:32:16      Internal Revenue Service,
                 P.O. Box 7317,    Philadelphia, PA 19101-7317
5338983        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 03 2019 18:35:29      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
5334421       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 03 2019 18:35:29      Regional Acceptance Corporation,
                 PO Box 6000,    Winterville, NC 28590-6000
5334422       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 03 2019 18:35:29      Regional Acceptance Corporation,
                 PO Box 580075,    Charlotte, NC 28258-0075
5364593       +E-mail/Text: bankruptcy.noticing@security-finance.com Oct 03 2019 18:32:14
                 SFC Central Bankruptcy,    P.O. Box 1893,    Spartanburg, SC 29304-1893
5334428        E-mail/Text: bknotices@snsc.com Oct 03 2019 18:32:27      SN Servicing Corporation,    323 5th St,
                 Eureka, CA  95501-0305
5334427       +E-mail/Text: bknotices@snsc.com Oct 03 2019 18:32:27      SN Servicing,    PO Box 35,
                 Eureka, CA 95502-0035
5334424       +E-mail/Text: bankruptcy.noticing@security-finance.com Oct 03 2019 18:32:14      Security Finance,
                 207 South Alabama Avenue,    Chessnee, SC 29323-1503
5334425       +E-mail/Text: bankruptcy.noticing@security-finance.com Oct 03 2019 18:32:14
                 Security Finance Corp. Of SC,    317 Limestone Street,    Gaffney, SC 29340-3137
5372565       +E-mail/Text: bknotices@snsc.com Oct 03 2019 18:32:28      U.S. Bank Trust NA, as Trustee,
                 of the Igloo Series II Trust,    C/O SN Servicing Corporation,    323 5th Street,
                 Eureka, CA 95501-0305
5370258       +E-mail/Text: bknotices@snsc.com Oct 03 2019 18:32:28      U.S. Bank Trust National Association,,
                 as Trustee of the Igloo Series,    C/o SN Servicing Corp,    323 5th St,    Eureka, CA 95501-0305
                                                                                                TOTAL: 17
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
5389954*        Regional Acceptance Corporation,    PO Box 1847,    Wilson, NC 27894-1847
5334413        ##Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
                                                                                      TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0419-4          User: vanhoyr              Page 2 of 2                   Date Rcvd: Oct 03, 2019
                              Form ID: pdf               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              Robert H. Lutz    on behalf of Debtor Norris Gene Wright banklutz@charlotte.twcbc.com
              Robert H. Lutz    on behalf of Debtor Sherry Lynn Wright banklutz@charlotte.twcbc.com
                                                                                             TOTAL: 2
```

```
FILED & JUDGMENT ENTERED
    Steven T. Salata


    October  3  2019


  Clerk, U.S. Bankruptcy Court
Western District of North Carolina
```

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE:  NORRIS GENE WRIGHT ) | |
| SHERRY LYNN WRIGHT ) | |
| Debtors ) | Chapter 13 |
| ) | Bankruptcy Case No: |
| SSN: xxx-xx-3799 ) | 16-40199 |
| SSN: xxx-xx-7629 ) | |
| _____ ) | |

ORDER SETTING ASIDE COURT'S
ORDER DISMISSING CASE
AND CONTINUATION OF AUTOMATIC STAY

THIS CAUSE coming on to be heard and being heard before the undersigned Judge of the United States Bankruptcy Court upon the Motion To Set Aside Court's Order Dismissing Case filed by the Debtors by and through their attorney of record, Robert H. Lutz, and it appearing to the Court that the Debtors are represented by Robert H. Lutz, Attorney at Law, and that Steven G. Tate, is represented by himself as the Chapter 13 Trustee; and it further appearing to the Court upon all matters and things in controversy and upon review of the file, the Court makes the following:

1. This Chapter 13 proceeding was filed by the Debtors on May 17, 2016.

2. The Bankruptcy Plan was confirmed on August 2, 2016.

3. The Plan payments are currently $1010.00 per month.

4. Trustee requested a future default for six (6) months pursuant to an Order entered on July 1, 2019.

5. The Debtors made a full plan payment of $1010.00 in July, 2019, which posted on the Trustee's website on July 19, 2019.

6. The Debtors mailed two money orders, a total pf $1010.00, for August, 2019.

7. The said money orders have not been received by the Chapter 13 Trustee.

8. The Court entered an Order dismissing the case on September 11, 2019, due to non-payment.

9. The Debtors are in the process of having the USPS take whatever actions are necessary to track the said money orders.

10. The Debtors' September, 2019 payment of $1010.00 posted September 20, 2019 on the Trustee's website.

11. The Debtors' plan provides for payments to be made for the Debtors' residence.

12. The Debtors believe they have established sufficient grounds to have this dismissal set aside.

13. The Debtors have received correspondence from the United States Postal Service to follow up with the lost money orders after October 15, 2019.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Court allows the Order dismissing the case be set aside and the Debtors remain under the automatic stay of the Bankruptcy Code.

2. The Court further continues this matter to October 25, 2019, at 9:30 o'clock a.m., in the United States Bankruptcy Court, Cleveland County Courthouse, 100 Justice Place, Shelby, North Carolina, in order to allow the payment not received to be traced and the Trustee to calculate payments going forward for the remainder of the plan.

3. The attorney for the Debtors, Robert H. Lutz, is granted a non-base attorney's fee in the amount of $450.00 and expenses in the amount of $71.00 for services rendered to the Debtors regarding this Motion and paid direct by the Debtors.

This Order has been signed electronically.        United States Bankruptcy Court
The judge's signature and court's seal
appear at the top of the Order.