**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:  
Norris Gene Wright  
Sherry Lynn Wright  
SSN#: XXX-XX-3799  
SSN#: XXX-XX-7629

Case No. 16-40199

Chapter 13

**NOTICE OF PLAN MODIFICATION**

Please take notice that your monthly plan payment has increased.

CAUSE OF CHANGE IN PLAN PAYMENT:   Payment increased due to fees added per Notice of Postpetition Mortgage Fees, Expenses, and Charges

CAUSE OF CHANGE IN PLAN PAYMENT:   Per Notice of Postpetition Mortgage Fees, Expenses, and Changes filed with the Clerk of Court by SN Servicing Corp.

DATE OF DOCUMENT:   4/15/2020

Your plan payment is increased to $1,074.00.

Your plan base will be increased as necessary to accommodate the stated modification.

Please begin making this new payment in June 2020.

If you have any questions, please feel free to contact our office.

Dated:  5/26/2020

Steven G. Tate, Chapter 13 Trustee  
212 Cooper St  
Statesville, NC  28677-5856  
(704) 872-0068 | general@ch13sta.com

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 5/26/2020.

W. Ivey  
Office of the Chapter 13 Trustee

Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC  28043-9692

Total Served: 1