B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT

### For the Western District of North Carolina

| | |
|---|---|
| IN RE: <br> **NORRIS GENE WRIGHT** <br><br> **SHERRY LYNN WRIGHT** | § § § § <br> CASE NO. <br> 16-40199 <br> Chapter 13 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **TEA OLIVE, LLC** | **SFC Central Bankruptcy** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**TEA OLIVE, LLC**

**PO BOX 1931**

**Burlingame, CA 94011-1931**

Phone: (628) 246-2211
Last Four Digits of Acct #: 4163

Court Claim # (if known): 9
Amount of Claim: $ 728.00
Date Claim Filed: 8/12/2016

Phone: (800) 355-5492
Last Four Digits of Acct.#: 4163

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Manuel Quiogue          Date:     10/30/2020

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

UNITED STATES BANKRUPTCY COURT

*For the Western District of North Carolina*

IN RE:  § CASE NO.
  §
NORRIS GENE WRIGHT  § 16-40199
  § Chapter 13
  §
SHERRY LYNN WRIGHT

CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before _____November 12, 2020_____ via electronic notice unless otherwise stated:

*Via Electronic Notification*

**Chapter 13 Trustee**

STEVEN G. TATE

212 Cooper St

Statesville, NC 28677-5856

*Via U.S. Mail*

**Debtor**

NORRIS GENE WRIGHT

349 Withrow Rd

Forest City, NC 28043-9692

SHERRY LYNN WRIGHT

349 Withrow Rd

Forest City, NC 28043-9692

**Debtors' Attorney**

ROBERT H. LUTZ

LUTZ LAW FIRM, PLLC

310 E Graham St Ste 8

Shelby, NC 28150-5482

Respectfully Submitted,
/s/ Larry Yip
Larry Yip