United States Bankruptcy Court
Western District of North Carolina

In re:  
Norris Gene Wright  
Sherry Lynn Wright  
    Debtor(s)

Case No. 16-40199-jcw  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0419-4     User: AutoDkt     Page 1 of 1  
Date Rcvd: Nov 12, 2020     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5364593 | + Email/Text: bankruptcy.noticing@security-finance.com | Nov 12 2020 18:33:00 | SFC Central Bankruptcy, P.O. Box 1893, Spartanburg, SC 29304-1893 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John W. Fletcher, III | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust (HNFT) jgilleland@hnftlaw.com |
| Robert H. Lutz | on behalf of Debtor Norris Gene Wright banklutz@charlotte.twcbc.com |
| Robert H. Lutz | on behalf of Debtor Sherry Lynn Wright banklutz@charlotte.twcbc.com |

TOTAL: 3

2100 B (12/15)

# United States Bankruptcy Court

Western District of North Carolina
Case No. 16-40199
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Norris Gene Wright<br>349 Withrow Road<br>Forest City NC 28043 | Sherry Lynn Wright<br>349 Withrow Road<br>Forest City NC 28043 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/12/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: SFC Central Bankruptcy, P.O. Box 1893, Spartanburg, SC 29304 | Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/14/20

Steven T. Salata
**CLERK OF THE COURT**