

FILED & JUDGMENT ENTERED
Steven T. Salata

December 9 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Shelby Division

IN RE:  
Norris Gene Wright  
Sherry Lynn Wright  
SSN#: XXX-XX-3799  
SSN#: XXX-XX-7629  

Case No. 16-40199

Chapter 13

Related Docket #: 58

### CONSENT ORDER

ON 12/8/2020, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

[ **X** ] Plan payments are in substantial default.

[ **X** ] Debtor can resume payments.

**IT IS, THEREFORE, ORDERED** that:

[ **X** ] Plan payments are set at **$1,595.00** per month beginning in **January 2021**, with the plan extended and the minimum general unsecured dividend adjusted if necessary.

[ **X** ] The Debtor(s) is subject to a 6 month future default beginning in January 2021 and extending through June 2021, such that if the full plan payment is not posted by the last business day of each of these months, then the case is subject to dismissal without further notice or hearing.

[ **X** ] Attorney for debtors allowed presumptive, non-base fee of **$200.00**.

**WE CONSENT:**

/s/ Robert H Lutz  
Robert H Lutz, Attorney for Debtors

/s/ Steven G. Tate  
Steven G. Tate, Chapter 13 Trustee

This Order has been signed electronically,  
pursuant to administrative order of the Court.  
Effective as of date of entry.

J. Craig Whitley  
UNITED STATES BANKRUPTCY JUDGE

{:20201208174732:}