

**125 W 3ʳᵈ St.**
**Rutherfordton NC  28139**
**828-287-6181 (phone)**
**828-287-1234 (fax)**

**April 8, 2021**

Steven G. Tate, Trustee
PO Box 1778
Statesville, NC  28687-1778

Re:       Bankruptcy Case #:        16-40199

          Taxpayer Name (s):   Norris Gene Wright and Sherry Lynn Wright

          Taxpayer BK Claim #'s:  5, 12, 13, 14, 15, 16, 17

          Amount of Claims: $ 2,533.48

Dear Mr. Tate:

Please be advised that the above referenced claim(s) are paid in full.

Thank you for your help and cooperation with this matter. Please call if you have any questions.

Sincerely,

*Jennifer Whiteley*

Jennifer Whiteley
Deputy Tax Collector