**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE:<br>Norris Gene Wright<br><br>Sherry Lynn Wright<br>SSN#: XXX-XX-3799<br>SSN#: XXX-XX-7629 | Case No.  16-40199<br><br>Chapter 13 |

**NOTICE OF ESTIMATED PLAN COMPLETION**
**AND**
**DATE TO RESUME DIRECT MORTGAGE PAYMENTS**

As of the date of this Notice, our office records show we last received a payment from you on 6/9/2021.  Based on this receipt, we estimate that you have a balance of $1,595.00 due to complete your Chapter 13 plan payment obligations.

**Should you complete your plan as scheduled, you will then need to be prepared to make your regular mortgage payments DIRECTLY beginning the month of September 2021 until your obligation to the lender is satisfied.  Failure to resume making your mortgage payments at that time could result in a default in your mortgage obligations.**

**During the course of your case, we have received information from your mortgage lender.  In order to assist you in resuming your direct mortgage payments, we provide you with this information from our files as regards the creditor who now services this loan and the current mortgage payment :**

SN Servicing Corp
323 5th St
Eureka, CA 95501-0305                                                                                                      $509.77

Should you have any questions concerning your Chapter 13 plan payments, please contact our office.  Should you have any questions concerning the resumption of your direct mortgage payments as to timing, amount or address for remittance, please contact the mortgage lender at the address listed above.

| | |
|---|---|
| Dated:  7/6/2021 | Steven G. Tate, Chapter 13 Trustee<br>212 Cooper St<br>Statesville, NC  28677-5856<br>(704) 872-0068 \| general@ch13sta.com |

**CERTIFICATE OF SERVICE**

Registered users of CM/ECF were served electronically, and all other parties were served by United States first class mail, postage prepaid on 7/7/2021.

A. Owens<br>Office of the Chapter 13 Trustee

Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC 28043-9692