**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

IN RE:  
Norris Gene Wright  
Sherry Lynn Wright  
SSN# : XXX-XX-3799     DEBTORS  
SSN# : XXX-XX-7629

Case No.  16-40199

Chapter 13

**CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION
OF PLAN PAYMENTS**

Steven G. Tate, Chapter 13 Trustee, reports to the Court that the above-named debtors have made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan.

Dated:  7/23/2021

Steven G. Tate, Chapter 13 Trustee  
212 Cooper St  
Statesville, NC  28677-5856  
(704) 872-0068 | general@ch13sta.com

**\*\*\* PLEASE SEE REVERSE SIDE \*\*\***

## INSTRUCTIONS REGARDING CHAPTER 13 DISCHARGE

To the Debtor and the Attorney for the Debtor:

The Chapter 13 Trustee has filed a Report of Completion of Plan Payments.

**You are hereby notified that, pursuant to the Bankruptcy Code & Rules, and Administrative Order, IF YOU BELIEVE YOU ARE ENTITLED TO A DISCHARGE, you must prepare, sign, file, and serve on your creditors a DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION REGARDING PLAN COMPLETION (Local Form 8).**

**These documents must be signed, filed and served on your creditors within 60 days of the file date of the Trustee's Report.**

Failure to file and serve the required documents timely could result in the closing of the case without a discharge.

Local Form 8, Motion for Entry of Discharge and Certification Regarding Plan Completion, can be obtained from the Court's web site at [www.ncwb.uscourts.gov](www.ncwb.uscourts.gov)

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this Chapter 13 case. If you do not have an attorney, you may wish to consult with one.**

Steven G. Tate, Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068 | general@ch13sta.com

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 7/28/2021.

J. Safley
Office of the Chapter 13 Trustee

Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC  28043-9692