**Local Form 8**                                                                 **March 2013**

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

_____

IN RE: NORRIS GENE WRIGHT          )
SHERRY LYNN WRIGHT,                )
                                   )          Chapter 13
SSN:  xxx-xx-3799                  )
SSN:  xxx-xx-7629                  )
                    Debtors(s)     )          Case No:  16-40199
                                   )
_____

### DEBTORS' MOTION FOR ENTRY OF DISCHARGE and
### CERTIFICATION REGARDING PLAN COMPLETION, DOMESTIC SUPPORT
### OBLIGATIONS, AND SECTION 522(q)

Pursuant to 11 U.S.C. §1328(a) the debtor makes the following certifications regarding the completion of the plan:

1.      I have satisfied all plan requirements.

2.      __x__ I owed no Domestic Support Obligation when I filed my Chapter 13 petition, and I have not been required to pay any such obligation since then.

3.      _____ I am or have been required to pay a Domestic Support Obligation.  I have paid all such amounts that my Chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my Chapter 13 petition and today.

3a.     If you checked paragraph 3 above, you must provide the information below:

My current address is: _____

My current employer and my employer's address: _____
_____

Debts not discharged under 11 U.S.C. §523(a)(2) or (4): _____

Debts reaffirmed under 11 U.S.C. §524(d): _____

4.      __x__ I have not claimed an exemption pursuant to §522(b)(3) and state or local law in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 522(p)(1), that exceeds $146,450 in value in the aggregate.

5.	_____ I have claimed an exemption in property pursuant to§ 522(b)(3) and state or local law that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)91), that exceeds $146,450 in value in the aggregate.

6.	I am entitled to a discharge under 11 U.S.C. §1328.

I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court to enter a discharge in this case.

Dated:	___August 2, 2021_____	___/s Norris Gene Wright_____
	Debtors

	___/s  Sherry Lynn Wright_
	Debtors

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | | |
|---|---|---|
| | ) | |
| IN RE: NORRIS GENE WRIGHT | ) | |
| SHERRY LYNN WRIGHT | ) | |
| | ) | Chapter 13 |
| SSN:  xxx-xx-3799 | ) | |
| SSN:  xxx-xx-7629 | ) | |
| Debtors(s) | ) | Case No: 16-40199 |
| | ) | |

**NOTICE OF OPPORTUNITY FOR HEARING ON
CHAPTER 13 DEBTOR'S MOTION FOR ENTRYOF DISCHARGE AND
CERTIFICATIOINS REGARDING PLAN COMPLETION, DOMESTIC SUPPORT
OBLIGATIONS, AND SECTION 522(q)**

To:      ALL CREDITORS LISTED ON THE MAILING MATRIX FILED WITH THE COURT

**PLEASE TAKE NOTICE** that the Debtor has filed a Motion for Entry of Discharge and Certification Regarding Plan Completion, domestic Support Obligations, and Section 522(q).  A copy of said pleading is attached hereto.

Any objection must be filed in writing with the Bankruptcy Court and a copy served on the debtor and the attorney for the debtor within 14 days of the date of this notice.  If no objections are filed and served in a timely manner, the Court will enter a discharge.

A hearing on any objections filed and served in a timely manner will be held on Friday, August 27, 2021, at 9:30 a.m. in the Cleveland County Courthouse, 100 Justice Place, Shelby, North Carolina.

Dated: August 2, 2021                    LUTZ LAW FIRM, PLLC


By:  _____/s Robert H. Lutz_____
                    Robert H. Lutz
                    Attorney for Debtors
                    310-8 E. Graham Street
                    Shelby, NC  28150
                    Phone No: 704-600-6003
                    Fax No: 704-600-6004
                    State Bar No: NC 16375

<u>CERTIFICATE OF SERVICE</u>

      This is to certify that I have this day served a copy of this pleading on the attorneys, creditors, and interested parties of record included on the most recent version of the Clerk's mailing matrix filed with the Court, a copy is attached with this notice.  Non-ECF users were served by depositing a copy of same in a properly addressed envelope with first class postage thereon.  ECF users were served electronically.

LUTZ LAW FIRM, PLLC


By:      /s Robert H. Lutz
          Robert H. Lutz
          Attorney for Debtors
          310-8 E. Graham Street
          Shelby, NC  28150
          Phone No: 704-600-6003
          Fax No: 704-600-6004
          State Bar No: NC 16375