| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-4<br>Case 16-40199<br>Western District of North Carolina<br>Shelby<br>Mon Aug  2 10:44:16 EDT 2021 | Accounts Receivable Management<br>PO Box 129<br>Thorofare, NJ  08086-0129 | AmeriCredit Financial Services, Inc. dba<br>P O Box 183853<br>Arlington, TX 76096-3853 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Bankruptcy Administrator<br>402 W. Trade Street, Room 200<br>Charlotte, NC 28202-1673 |
| Bob Shehan<br>873 Bearwallow Mountain Rd<br>Hendersonville, NC  28792-2091 | CTH Rentals LLC<br>Southern Lease Management<br>PO Box 215<br>Halls, TN  38040-0215 | FORD MOTOR CREDIT COMPANY LLC<br>Smith Debnam Narron Drake Saintsing<br>P.O. Box 26268<br>Raleigh, NC 27611-6268 |
| John W. Fletcher III<br>Henderson Nystrom Fletcher & Tydings<br>831 East Morehead Street<br>Suite 255<br>Charlotte, NC 28202-2773 | Ford Motor Credit<br>PO Box 152271<br>Irving, TX 75015-2271 | GM Financial<br>PO Box 183834<br>Arlington, TX 76096-3834 |
| Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Jerry T. Myers<br>FORD MOTOR CREDIT COMPANY LLC<br>Smith Debnam Narron Drake Saintsing<br>P.O. Box 26268<br>Raleigh, NC 27611-6268 | Robert H. Lutz<br>Lutz Law Firm, PLLC<br>310-8 E. Graham Street<br>Shelby, NC 28150-5482 |
| North Carolina Department Of Revenue<br>PO Box 25000<br>Raleigh, NC 27640-0100 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Regional Acceptance Corporation<br>PO Box 580075<br>Charlotte, NC 28258-0075 | Regional Acceptance Corporation<br>PO Box 6000<br>Winterville, NC 28590-6000 | (p)RUTHERFORD COUNTY REVENUE DEPARTMENT<br>ATTN BANKRUPTCY CLERK<br>125 W 3RD ST<br>RUTHERFORDTON NC 28139-2425 |
| Rutherford County Tax Collector<br>PO Box 143<br>Rutherfordton, NC 28139-0143 | SFC Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, SC 29304-1893 | SN Servicing<br>PO Box 35<br>Eureka, CA 95502-0035 |
| (p)SN SERVICING CORPORATION<br>323 FIFTH ST<br>EUREKA CA 95501-0305 | Security Finance<br>207 South Alabama Avenue<br>Chessnee, SC 29323-1503 | Security Finance Corp. Of SC<br>317 Limestone Street<br>Gaffney, SC 29340-3137 |
| Smith Debnam Narron Drake<br>Saintsing & Myers LLP<br>PO Box 26268<br>Raleigh, NC  27611-6268 | Southside Motor Co. Inc.<br>171 S. Broadway Street<br>Forest City, NC 28043-3613 | Steven G. Tate<br>212 Cooper Street<br>Statesville, NC 28677-5856 |

```
Tea Olive, LLC                      U.S. Bank Trust NA as Trustee      U.S. Bank Trust National Association as Trus
PO BOX 1931                         of the Igloo Series II Trust       c/o SN Servicing Corporation
Burlingame, CA 94011-1931           C/O SN Servicing Corporation       323 Fifth Street
                                    323 5th Street                     Eureka, CA 95501-0305
                                    Eureka, CA 95501-0305


U.S. Bank Trust National Association,   US Attorney's Office           United States Attorney
as Trustee of the Igloo Series          227 West Trade Street          Federal Courthouse Rm. 233
C/o SN Servicing Corp                   Carillon Bldg., Suite 1700     100 Otis Street
323 5th St                              Charlotte, NC 28202-1675       Asheville, NC 28801-2608
Eureka, CA 95501-0305


Universal Finance                   Norris Gene Wright                 Sherry Lynn Wright
141 W. Main Street                  349 Withrow Road                   349 Withrow Road
Forest City, NC 28043-3035          Forest City, NC 28043-9692         Forest City, NC 28043-9692
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americredit                         Rutherford County Revenue Department    (d)Rutherford County Tax Office
PO Box 183593                       125 W 3rd St                            PO Box 143
Arlington, TX  76096-0000           Rutherfordton, NC 28139                 Rutherfordton, NC 28139


SN Servicing Corporation
323 5th St
Eureka, CA  95501-0305
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Tea Olive, LLC                   End of Label Matrix
PO BOX 1931                         Mailable recipients    38
Burlingame, CA 94011-1931           Bypassed recipients     1
                                    Total                  39
```