# TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # : 16-40199

Debtors: Norris Gene Wright
349 Withrow Rd
Forest City, NC 28043-9692

Sherry Lynn Wright
349 Withrow Rd
Forest City, NC 28043-9692

FILED
U.S. Bankruptcy Court
Western District of NC
SEP 0 7 2021
Steven T. Salata, Clerk
Charlotte Division
TES

Account Number: 1476

Creditor Information: Ford Motor Credit Co LLC ? Smith Debnam Narron Drake Saintsing & Myers LLC ? PO Box 26268 ? ? Raleigh ? NC ? 27611-6268

Amount of Turnover: $290.36        94-Dsb Ck-Crdtr Prin

**Total Turnover Amount: $290.36**

Dated: 08/31/2021

Steven G. Tate
Chapter 13 Trustee