**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In Re:  
Norris Gene Wright  
Sherry Lynn Wright  
SSN#: XXX-XX-3799  
SSN#: XXX-XX-7629  

Case No. 16-40199

Chapter 13

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**COMPLETED**

This Case was  
Commenced on 5/17/2016

The Plan was  
Confirmed on 8/2/2016

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS: Amounts paid to Trustee by or for the Debtors for the benefit of Creditors: $51,203.00

Plan Base = $51,203.00

**CLAIMS AND DISTRIBUTIONS TO DATE**

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 3,593.43 | 3,593.43 | |
| 0 | | Norris Gene Wright | DEBTOR REFUND | 0.00 | 0.00 | 0.00 |
| 0 | | Robert H Lutz | ATTORNEY FEE | 0.00 | 0.00 | 0.00 |
| 0 | 0 | Norris Gene Wright | DEBTOR REFUND | 214.71 | 0.00 | 0.00 |
| 11 | 4 | Ford Motor Credit Co LLC | A-Administrative Costs | 6,748.02 | 290.36 | 0.00 |
| 1 | | Robert H Lutz | B-Base Attorney Fee(s) | 1,849.00 | 1,849.00 | 0.00 |
| 2 | | Robert H Lutz | B-Base Attorney Fee(s) | 2,051.00 | 2,051.00 | 0.00 |
| 16 | | Robert H Lutz | L-Legal Fees | 400.00 | 400.00 | 0.00 |
| 21 | | Robert H Lutz | L-Legal Fees | 200.00 | 200.00 | 0.00 |
| 22 | | Robert H Lutz | L-Legal Fees | 200.00 | 200.00 | 0.00 |
| 24 | | Robert H Lutz | L-Legal Fees | 200.00 | 200.00 | 0.00 |
| 25 | | Robert H Lutz | L-Legal Fees | 521.00 | 521.00 | 0.00 |
| 30 | | Robert H Lutz | L-Legal Fees | 200.00 | 200.00 | 0.00 |
| 7 | 10 | SN Servicing Corp | M-Mortgage | 0.00 | 30,586.20 | 0.00 |
| 8 | 10 | SN Servicing Corp | N-Mortgage/Lease Arrears | 3,871.41 | 3,871.41 | 0.00 |
| 10 | 11 | North Carolina Department of Revenue | P-Priority | 1,676.84 | 1,676.84 | 0.00 |
| 15 | 3 | Internal Revenue Service | P-Priority | 0.00 | 0.00 | 0.00 |
| 27 | 15 | RUTHERFORD CO TAX COLLECTOR | P-Priority | 0.00 | 0.00 | 0.00 |
| 28 | 16 | RUTHERFORD CO TAX COLLECTOR | P-Priority | 0.00 | 0.00 | 0.00 |
| 29 | 17 | RUTHERFORD CO TAX COLLECTOR | P-Priority | 0.00 | 0.00 | 0.00 |
| 23 | 14 | RUTHERFORD CO TAX COLLECTOR | P-Priority | 71.26 | 71.26 | 47.91 |
| 17 | 5 | RUTHERFORD CO TAX COLLECTOR | P-Priority | 336.72 | 336.72 | 84.58 |
| 19 | 12 | RUTHERFORD CO TAX COLLECTOR | P-Priority | 658.43 | 658.43 | 151.92 |
| 20 | 13 | RUTHERFORD CO TAX COLLECTOR | P-Priority | 150.82 | 150.82 | 109.34 |
| 26 | 10 | SN Servicing Corp | S-Secured-Pro-Rata | 2,821.85 | 2,821.85 | 0.00 |
| 18 | 11 | North Carolina Department of Revenue | U-Unsecured | 913.93 | 39.56 | 0.00 |
| 9 | | Universal Finance | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 12 | 2 | AMERICREDIT FINANCIAL SERVICES | U-Unsecured | 6,247.42 | 270.39 | 0.00 |
| 13 | 1 | Regional Acceptance Corporation | U-Unsecured | 12,821.57 | 554.90 | 0.00 |
| 14 | | Southside Motor Co Inc | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 3 | 6 | Tea Olive LLC | U-Unsecured | 1,626.25 | 70.39 | 0.00 |
| 4 | 9 | Tea Olive LLC | U-Unsecured | 728.00 | 31.51 | 0.00 |
| 5 | 7 | Tea Olive LLC | U-Unsecured | 2,572.50 | 111.34 | 0.00 |
| 6 | 8 | Tea Olive LLC | U-Unsecured | 1,221.00 | 52.84 | 0.00 |
| | | | **Totals** | **$51,895.16** | **$50,809.25** | **$393.75** |

Case No.  16-40199  Wright

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Steven G. Tate as Trustee and releasing Steven G. Tate and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

Dated:  11/30/2021

Steven G. Tate, Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068 | general@ch13sta.com

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 11/30/2021.

J.   Safley
Office of the Chapter 13 Trustee

Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Rd, Forest City, NC 28043-9692