| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Norris Gene Wright | Social Security number or ITIN | xxx–xx–3799 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Sherry Lynn Wright | Social Security number or ITIN | xxx–xx–7629 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Western District of North Carolina | | |
| Case number: | 16–40199 | | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Steven G. Tate is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 13 case of the above named debtor is closed.

Dated: November 30, 2021
BY THE COURT


J. Craig Whitley

United States Bankruptcy Judge


Electronically filed and signed (11/30/21)