United States Bankruptcy Court

Western District of North Carolina

| | |
|---|---|
| In re: | Case No. 16-40199-jcw |
| Norris Gene Wright | Chapter 13 |
| Sherry Lynn Wright | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0419-4 | User: AutoDkt | Page 1 of 1 |
| Date Rcvd: Nov 30, 2021 | Form ID: 150 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Norris Gene Wright, Sherry Lynn Wright, 349 Withrow Road, Forest City, NC 28043-9692 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John W. Fletcher, III | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust (HNFT) jgilleland@hnftlaw.com |
| Robert H. Lutz | on behalf of Debtor Norris Gene Wright banklutz@charlotte.twcbc.com |
| Robert H. Lutz | on behalf of Debtor Sherry Lynn Wright banklutz@charlotte.twcbc.com |
| Steven G. Tate | tate13@ch13sta.com |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Norris Gene Wright<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx−xx−3799<br>EIN    _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Sherry Lynn Wright<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx−xx−7629<br>EIN    _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Western District of North Carolina | | |
| Case number:    16−40199 | | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Steven G. Tate is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 13 case of the above named debtor is closed.

Dated: November 30, 2021
BY THE COURT

J. Craig Whitley

United States Bankruptcy Judge

Electronically filed and signed (11/30/21)